# Exhibit I

REGIONAL OFFICES OF
ANTI-DEFAMATION LEAGUE OF B'NAI B'RITH
315 LEXINGTON AVENUE, NEW YORK, N.Y. 10016

(212) MU 9-7400

CENTRAL PACIFIC REGIONAL OFFICE
40 First Street, Third Floor
San Francisco, California 94105

CONNECTICUT REGIONAL OFFICE
1184 Chapel Street, Suite 3
New Haven, Connecticut 06511

D.C. - MARYLAND REGIONAL OFFICE
1640 Rhode Island Avenue, N.W.
Washington, D.C. 20036

DALLAS REGIONAL OFFICE
908 Praetorium Building
Dallas, Texas 75201

FLORIDA REGIONAL OFFICE
907 Seybold Building
Miami, Florida 33132

HOUSTON REGIONAL OFFICE
1513 Melrose Building
Houston, Texas 77002

INDIANA REGIONAL OFFICE
108 East Washington Street
Indianapolis, Indiana 46204

MICHIGAN REGIONAL OFFICE
163 Madison Avenue, Suite 120
Detroit, Michigan 48226

MIDWEST REGIONAL OFFICE
222 West Adams Street,
Chicago, Illinois 60606

MINNESOTA - DAKOTAS REGIONAL OFFICE
303 Gorham Building
635 Second Avenue
Minneapolis, Minnesota 55403

b6
b7C

100-16164-1
SEARCHED____INDEXED____
SERIALIZED____FILED____
JAN 19 1968
FBI — INDIANAPOLIS

RE: REGIONAL OFFICES OF ANTI-DEFAMATION
   LEAGUE OF B'NAI B'RITH

MISSOURI REGIONAL OFFICE
721 Olive Street, Room 1525
St. Louis, Missouri  63101

MOUNTAIN STATES REGIONAL OFFICE
623 Empire Building
Denver, Colorado  80202

NEW ENGLAND REGIONAL OFFICE
72 Franklin Street, Suite 504
Boston, Massachusetts  02110

NEW JERSEY REGIONAL OFFICE
24 Commerce Street, Suite 929-930
Newark, New Jersey  07102

NEW YORK REGIONAL OFFICE
315 Lexington Avenue, New York, N.Y. 10016

NORTH CAROLINA - VIRGINIA REGIONAL OFFICE
700 East Main Street
Richmond, Virginia  23219

OHIO - KENTUCKY REGIONAL OFFICE
82 North High Street, Suite 610
Columbus, Ohio  43215

PACIFIC SOUTHWEST REGIONAL OFFICE
590 North Vermont Avenue,
Los Angeles, California  90004

PACIFIC NORTHWEST REGIONAL OFFICE
1718 Smith Tower, Seattle, Washington  98104

PENNSYLVANIA - WEST VIRGINIA - DELAWARE REGIONAL
   OFFICE
225 South 15th Street, Philadelphia, Pennsylvania
   19102

PLAINS STATES REGIONAL OFFICE
537 Securities Building
Omaha, Nebraska  68102

b6
b7C

- 2 -

RE: REGIONAL OFFICES OF ANTI-DEFAMATION
    LEAGUE OF B'NAI B'RITH

SOUTH CENTRAL REGIONAL OFFICE
535 Gravier Street, Suite 806
New Orleans, Louisiana 70130

SOUTHERN REGIONAL OFFICE
41 Exchange Place, S.E.
Atlanta, Georgia 30303

WESTCHESTER COUNTY REGIONAL OFFICE
199 Main Street, Room 318,
White Plains, New York 10106

WESTERN NEW YORK STATE REGIONAL OFFICE
291 Delaware Avenue, Suite 201
Buffalo, New York 14202

WISCONSIN - UPPER MIDWEST REGIONAL OFFICE
623 North Second Street
Milwaukee, Wisconsin 53203

COOPERATING OFFICE, B'NAI B'RITH DISTRICT #22
Toronto Regional Office
825 Elinton Avenue, West
Toronto 10, Ontario, Canada

b6
b7C

- 3 -

0-9 (Rev. 5-22-64)

F B I

Date: 1/17/68

Transmit the following in _____
(Type in plaintext or code)

Via ___airtel___
(Priority)

---

To:   SACs, Atlanta (Enclosure)
          Birmingham (Enclosure)
          Boston (Enclosure)
          Buffalo (Enclosure)
          Chicago (Enclosure)
          Cincinnati (Enclosure)
          Dallas (Enclosure)
          Denver (Enclosure)
          Detroit (Enclosure)
          Houston (Enclosure)
          Indianapolis (Enclosure)
          Los Angeles (Enclosure)
          Miami (Enclosure)
          Milwaukee (Enclosure)
          Minneapolis (Enclosure)
          New Haven (Enclosure)
          New Orleans (Enclosure)
          New York (Enclosure)
          Newark (Enclosure)
          Omaha (Enclosure)
          Philadelphia (Enclosure)
          Richmond (Enclosure)
          St. Louis (Enclosure)
          San Francisco (Enclosure)
          Seattle (Enclosure)
          Springfield (Enclosure)
          WFO (Enclosure)

From:   Director, FBI

LIAISON WITH THE ANTI-DEFAMATION LEAGUE
   OF B'NAI B'RITH
INFORMATION CONCERNING
(INTERNAL SECURITY)

100-16164-2

b6
b7C

Sent Via _____ Per _____

Airtel to SAC, Atlanta
RE: LIAISON WITH THE ANTI-DEFAMATION LEAGUE
    OF B'NAI B'RITH

The Anti-Defamation League, 315 Lexington Avenue, New York City, maintains regional offices throughout the United States. As you know, this organization, like the Bureau, is opposed to groups and individuals espousing bigotry, prejudice and extremism. It seeks to bring the true facts concerning such groups and individuals to light.

In the furtherance of these worthy objectives, the Anti-Defamation League receives considerable information of interest to this Bureau and has been very cooperative in the past in referring such data to us. You are to immediately make certain that you have established liaison with the head of the Anti-Defamation League regional office in your territory and explained the jurisdiction and interests of this Bureau. For your information, there is attached a list of Anti-Defamation League regional offices.

You should, of course, review your office indices prior to making contact. Advise the Bureau if contact is not deemed advisable.

If liaison has already been established, you should review the relationship and submit to the Bureau the names of any individuals connected with the Anti-Defamation League who have not been cooperative.

Director, FBI                                              1/25/68

SAC, Indianapolis (100-16164) (RUC)

LIAISON WITH THE ANTI-DEFAMATION
LEAGUE OF B'NAI B'RITH
INFORMATION CONCERNING
(INTERNAL SECURITY)

ReBuairtel 1/17/68.

Indianapolis has had liaison with Anti-Defamation League, Indiana, for past ten years. [redacted] Indiana Regional Office Director, as well as his office staff, have been most cooperative with this office on all matters.

b6
b7C

2 - Bureau (RM)
1 - Indianapolis
PJF/sjr
(3)

Searched
Serialized
Indexed
Filed

100-16164-3