# Exhibit I-1

000076A

An official website of the United States government. Here's how you know

**James B. Comey**
Director
Federal Bureau of Investigation

Anti-Defamation League National Leadership Summit
Washington, D.C.
May 8, 2017

## The FBI and the ADL: Working Together to Fight Hate

*Remarks prepared for delivery.*

I first met with you in the spring of 2014, when I was relatively new on the job—just seven months in.

I sang your praises as an organization that fights for inclusivity and diversity, equality and justice. An organization that works with us to fight hate crime and terrorism, to educate law enforcement, and to build bridges with underrepresented communities.

I labeled that last speech a love letter to the ADL. Three years later I can say, from the perspective of the FBI, we're still in love with you.

But while we are really fond of you folks, I've got to be honest. We've spent more time with you of late than we would like. I think we'd all be happy if our meetings were few and far between—if we had no need to investigate hate crime, no need to share information about pending terrorist threats, no need to educate kids or community leaders or cops about bigotry and prejudice.

Instead, we've confronted bomb threats targeting Jewish community centers and schools. The vandalism of Jewish cemeteries. The racially motivated shooting of two Indian immigrants. Swastikas spray-painted on synagogues and subway signs. A transgender woman attacked in her own home. A noose sent in the mail to an African-American attorney.

In your line of work, and ours, we confront people who are filled with hate. Some of these individuals will sit quietly, simmering in their own bitterness. Some will shout about it to anyone who will listen, ever hopeful that just as like attracts like, hate will attract hate.

And while we can try to educate and illuminate our way out of that darkness, some will always be trapped in that "starless midnight" Martin Luther King wrote of so many years ago.

We have to ask ourselves: Are people emboldened by divisive rhetoric? Are there simply more opportunities to instill fear and intimidation than ever before?

Do the ways in which we now communicate—often anonymously or from a great distance—offer license to say whatever you want, whenever you want, no matter how hateful or discriminatory?

I'm on Twitter. I have to be, to hear what everyone's saying about me. And it's a depressing place. It's like being in every dive bar in America, and you can hear everybody screaming at the television.

But that's free speech. We don't have to like it. We don't have to agree with it. But we will protect it. Because it's one of the greatest tenets of this country. That we can believe and say what we want, no matter how distasteful or disruptive.

But there are others more worrisome to everyone in this room. The ones who stop talking about who and what they hate so much, and start acting on it.

You know all too well that in a heartbeat, words can turn to violence. Because hate doesn't remain static. An opinion, a dislike, a prejudice—it foments. It festers. It can grow into something far more dangerous. Sometimes, too often, hate becomes hate crime.

So we must do everything in our power to stop these individuals who move from hating to hurting.

Yes, we must do everything we can to educate people about diversity and the strength that comes from our differences.

But we must do everything in our power to bring those who act on such hatred to justice.

Hate crime is different from other crime. It strikes at the heart of one's identity. It strikes at our sense of self, our sense of belonging. The end result is loss—loss of trust. Loss of dignity. And in the worst case, loss of life.

Hate crime hurts more than just the victim. It harms the whole community. Because an attack on one of us because of who and what we are, what we believe, or what we look like is an attack on all of us.

And we must each accept the responsibility to speak up and stop it. Because, eventually—if we don't—it will come for all of us.

* * *

I want to talk about how you help us. I believe the Holocaust is the most significant event in human history. And I mean significant in two different ways.

It is, of course, significant because it was the most horrific display of inhumanity—one that simply defies words and challenges meaning.

How could such a thing happen?

How is it consistent with the concept of a loving God?

How could there be meaning in life, when so many lives were snuffed out in such a way?

I asked those same questions standing in the pit at Ground Zero in early 2002 and studying the history of slavery in America. I have asked those questions many times as I have confronted unimaginable suffering and loss.

And standing here today, I know I am in good company.

The answer is, I don't know. We don't know.

But we do know that it is our duty, our obligation, to make sure some good comes from unimaginable bad. This is our duty regardless of race or religion or ideology. It is our obligation to refuse to let darkness win. To refuse to let evil hold the field.

There are so many ways to fight this darkness. This room is full of them. For you have made that fight your entire life.

I also believe the Holocaust was the most significant event in history not just because it was a display of inhumanity, but because it was also the most horrific display of our humanity—our true capacity for evil and for moral surrender.

And that second significance is the reason we require every new FBI special agent and intelligence analyst in training to visit the Holocaust Museum. We want them to learn about abuse of

000076B