# Exhibit DD-1

and need for convening local forums that connect community groups to federal, state, and local law enforcement to increase community understanding and reporting of hate crimes; building trust between law enforcement and communities; and creating and strengthening alliances between law enforcement and other government partners and groups to combat hate.

**After the successful piloting of the program in the U.S. Attorney's Offices for Massachusetts, New Jersey, and the Eastern District of Washington, ADL requests that OMB fully fund the expansion of this initiative to any remaining U.S. Attorney's Offices.**

12. ONLINE LITERACY PROGRAMS

Online hate and extremism have increased dramatically in recent years, and the consequences have included violent attacks and serious harm. Online literacy skills have become essential for individuals to successfully navigate and critically assess the ever-increasing amount of information they receive online, and especially on social media, throughout their day. Improved information literacy to advance resilience against online attempts to foment hate-motivated violence is one crucial way to creating a safer and more inclusive world, on and offline.

**ADL requests funding, in accordance with the United We Stand Summit priorities, for the National Telecommunications and Information Administration to assist states, Tribal entities, and U.S. territories as they develop programs to improve digital literacy and online skills. These programs include strategies for improving Americans' ability to locate, evaluate, and effectively use information online. ADL requests that NTIA be provided an additional $5 million for online literacy programming directed specifically at online literacy related to hate-fueled violence, such as antisemitic or white supremacist conspiracy theories.**

## **DEFENSE**

1. EXTREMISTS IN THE MILITARY

As part of the PROTECT plan, ADL is concerned about domestic extremists occupying positions in public service and the severe danger they pose to those around them and to the entire nation. The U.S. military is the largest such institution, with more than two million active duty and reserve personnel currently serving in the various branches. Once enlisted, extremists in military service detract from order, discipline, and morale within the ranks by fostering environments in which BIPOC personnel and members of other minority groups do not feel valued or safe. They may become insider threats who use their authorized access to Department facilities to harm the Services or nation. Active duty and retired Service members were among those who entered the Capitol on January 6, and their involvement was one of the reasons that the Secretary called for a stand-down in February 2021 to address extremism in the Services.

Based on our longstanding work in this area, ADL estimates that while the number of extremists in the military is small compared to the total number of men and women serving, even small numbers of unchecked extremists in the ranks can cause harm and problems far disproportionate to their number, including: physical injury to service members and/or civilians; theft of military equipment;

security breaches; harm to morale, unit cohesion, and personnel retention; and loss of reputation that detracts from mission success.

There is significant evidence that servicemembers today are encountering extremist personnel and that serious negative consequences will continue to result. Thankfully, Secretary Austin ordered a review to explore options for discovering and mitigating the threat of extremists in the ranks, and while the findings on this effort showed many efforts underway, few were completed, nor were outcomes reported on. Unfortunately, the Countering Extremist Activities Working Group (CEAWG) was disbanded after its interim report was released.

**ADL asks that the Administration support full implementation of the Department's Countering Extremist Activities Working Group (CEAWG) December 2021 report, including but not limited to improved screening for domestic extremists at recruitment and enlistment.**

**ADL also asks that the Administration improve security clearance policies, procedures, and trainings to ensure that individuals who adhere to extremist ideologies do not have security clearances, including directing the Department to report on its progress in developing these improved policies, procedures, and trainings.**

## STATE, FOREIGN OPERATIONS, AND RELATED PROGRAMS

1. COUNTERING GLOBAL WHITE SUPREMACIST EXTREMISM

As part of the PROTECT plan, ADL supports the Department of State's nascent efforts to counter "Racially and Ethnically Motivated Violent Extremism (REMVE)" and supports further efforts to shepherd in a new era of capabilities to counter white supremacy globally. White supremacy and other forms of domestic terrorism are clear threats domestically, but many of those threats have overseas counterparts with whom they coordinate or inspire. The Department's multilateral coordination and best practices can serve as a cost-effective way to catalyze global efforts to mitigate the threat; by providing startup-funding for community resilience non-profits, facilitating best practices for policymakers, and creating best practices and training for prosecutors and terrorism prevention practitioners, a new era of capabilities can be launched.

**ADL requests that the State Department's Bureau of Counterterrorism receive additional funding specific to REMVE-related efforts, including dedicated funding for donations to the Global Counterterrorism Forum ($2 million), Hedayah ($800,000), the International Institute for Justice and Rule of Law ($800,000), and the Global Community Engagement and Resilience Fund ($12 million) to build counter-REMVE capacity.**

Additionally, the Department of State's Global Engagement Center (GEC) creates and supports critical efforts to counter malign propaganda, such as that of ISIS, Al Qaeda, Iran, and Russia. In light of the threat of the rise of global white supremacy, particularly given the movement's reliance on global communications, ADL believes the GEC should also create new efforts to address REMVE and adapt to the malign influence from global white supremacist extremists.

**ADL requests that the State Department's Bureau of Public Affairs receive an additional $10 million for the GEC to launch REMVE-specific efforts.**

2. OFFICES OF THE SPECIAL ENVOY TO MONITOR AND COMBAT ANTI-SEMITISM AND SPECIAL ENVOY FOR HOLOCAUST ISSUES

We are facing a global crisis of rising antisemitism today, which has been exacerbated in the last few years due to several factors, including the pandemic, proliferating cyberhate, rising far-right populism in certain countries, and anti-Zionist vitriol from far-left extremists in others. The horrific 2018 attack in Pittsburgh was the deadliest incident specifically targeting the Jewish community in our country's history, and we've seen attacks by similar far-right extremists in America and around the world, such as in Poway and Halle, as well as other plots that were disrupted before they were carried out. And yet last May the huge spike in antisemitic violence around the world was an undeniable reminder that antisemitic assaults by other forces pose a persistent concern as well. Additionally, the largest Jewish community in the world is in Israel, which is subject to antisemitic incitement every day. For example, this includes the incitement of hatred and the plotting of deadly attacks by Hamas, Iran, Hezbollah, and Al Qaeda.

However, as alarming as the rise in incidents has been in America, circumstances have actually been far worse over the last decade in Europe, which is home to the four countries with the largest Jewish communities outside of Israel and North America. A major European Union survey of European Jewish respondents found that roughly 40 percent worried about being the target of an antisemitic physical attack, and over a third of respondents avoided visiting Jewish sites because of safety fears. And roughly 70 percent of respondents said their governments were not doing enough to address the societal antisemitism that leads to attacks. The next three largest Jewish communities in the world are in South America: Argentina, Brazil, and Chile, all of which also have serious concerns. For example, in Argentina, 85 people were murdered in a terrorist attack on a Jewish community center in 1994, and in 2021 vandals spray painted a Jewish community building with the words "we are going to kill you, Jewish rats" and "be a patriot, kill a Jew."

Combating antisemitism around the world is an American interest, and there is no way that we can win this fight unless America plays a leading role by pressing other countries to do more. There are two crucial offices in the State Department working to fight antisemitism globally: the Office of the U.S. Special Envoy to Monitor and Combat Antisemitism and the Office of the Special Envoy for Holocaust Issues. Each of these offices was funded in FY 2022 at a level of $1 million, which falls short of the urgent role each plays in countering antisemitism around the world.

**ADL requests $2 million for the U.S. State Department's Office of the U.S. Special Envoy to Monitor and Combat Antisemitism, for staffing and additional programs.**

**ADL requests $1.5 million for the U.S. State Department's Office of the Special Envoy for Holocaust Issues, for staffing and additional programs or exchanges to combat Holocaust distortion and to promote Holocaust education abroad in partnership with civil society.**

3. INTERNATIONAL CENTER FOR RESEARCH ON THE INFORMATION ENVIRONMENT

Online extremism—and its violent impact offline—is not restrained by borders and, as such, requires a thoughtful, transparent, and coordinated approach both at home and abroad. While

17

protecting civil rights and civil liberties, international collaboration whether it is information sharing, relationship building, or increased research on the ever-evolving threat it presents is needed now more than ever. In recognition of this complex problem, Section 5860 of the House passed version of the FY 2023 NDAA authorized funds to support the State Department in creating an International Center for Research on the Information Environment. Such a project would allow for much needed research on the flow of extremist activity online and further a growing body of research into harms stemming from algorithmic amplification, recommender systems, and ad targeting's role in online incitement to violence.

**ADL supports $20 million for an International Center for Research on the Information Environment.**

4. SUPPORTING ISRAEL'S NORMALIZATION EFFORTS

Over the past two years, the historic Abraham Accords have transformed the Middle East and created the opportunity for systemic change in the fight against antisemitism and Holocaust denial in the region. The newly normalized relations between Israel, the United Arabs Emirates, Bahrain, Sudan, and Morocco are ushering in a new era of bridge-building between Israelis and her neighbors.

In recognition of the potential impact of this diplomatic feat, Congress passed the Israel Relations Normalization Act (IRNA), which directed the Department of State to take action to promote the normalization of relations between Israel, Arab states, and other relevant countries and regions. Specifically, IRNA directed the State Department to develop a strategy to expand and strengthen the Abraham Accords, and to report on the status of the normalization of relations with Israel, including information on laws that punish individuals for people-to-people relations with Israelis and evidence of steps taken by Arab governments toward permitting or encouraging normalized relations between their citizens and Israeli citizens.

**ADL requests that funding be provided to ensure that the Department of State has the resources required to fully implement the requirements created by the Israel Relations Normalization Act to help ensure the maximum potential of the Abraham Accords are reached.**

## INTERIOR, ENVIRONMENT AND RELATED AGENCIES

1. NEVER AGAIN EDUCATION ACT

According to a 2018 national survey, almost half of millennials believe that fewer than 2 million Jewish people were killed in the Holocaust. Teaching about the Holocaust goes beyond understanding the historical fact that six million Jews were murdered along with millions of other innocent victims of the Nazi regime during World War II. Holocaust education can teach universal lessons, including world history, fascism, extremism, the fragility of democracy, the human capacity for immorality, scapegoating and stereotyping, the role of perpetrators and bystanders, the importance of empathy and diversity and efforts toward justice.

**ADL requests a minimum of $2 million plus additional funds to significantly scale the U.S. Holocaust Memorial Museum's education programming in accordance with Public Law 116-141, the Never Again Education Act, that was passed overwhelmingly by Congress in May 2020.**

    2.  NATIONAL ENDOWMENT FOR HUMANITIES AND NATIONAL ENDOWMENT FOR THE ARTS

The Administration's United We Stand Summit included commitments from the National Endowment for the Arts and the National Endowment for Humanities for additional programming for civic and social engagement, as well as cross-cultural understanding. These types of programs are critical for inoculating communities to conspiracy theories as well as helping communities recover from hate and violence.

**ADL requests robust funding for both the National Endowment for the Arts and National Endowment for Humanities' programs to address hate-motivated violence.**


## FINANCIAL SERVICES AND GENERAL GOVERNMENT

    1.  INVESTIGATING THE FINANCING OF DOMESTIC EXTREMISM

Domestic violent extremist organizations support their movement through a variety of financing mechanisms. The funds that flow to these organizations are used to target communities at risk of hate, and to promote violence. Whereas the US Government has considerable resources to track the financing of foreign terrorists, it must further invest in its capacity to investigate the financing of domestic terrorists.

**ADL requests that OMB provide funding for the Department of Treasury's Office of Terrorism and Financial Intelligence to increase capacity to investigate domestic terrorism and to develop a website of key reports and resources on financing domestic violent extremism to help inform the public and private sectors.**

    2.  ANTISEMITISM EDUCATION AND TRAINING FOR GOVERNMENT EMPLOYEES

With antisemitism rising precipitously around the United States, it is critical for the federal government to incorporate antisemitism education and training as part of Diversity, Equity, Inclusion, and Accessibility (DEIA) efforts and other anti-bias initiatives. Building on President Biden's June 2021 Executive Order on Diversity, Equity, Inclusion, and Accessibility in the Federal Workforce, any Government-Wide Diversity, Equity, Inclusion, and Accessibility Initiative and Strategic Plan must ensure that addressing antisemitism and cultural competency on Jews and Jewish issues are part of the course.

Following events like Charlottesville and the shootings in Pittsburgh, 75% of Jews say that there is more antisemitism than there was five years ago, and 53% feel less safe, according to the Pew Research Center's Survey of Jewish Americans. ADL's 2021 Survey on Jewish American's Experiences with Antisemitism found that 63% of Jews had experienced or witnessed an antisemitic

incident in the past 5 years, and that business establishments were the 4th most frequent location where antisemitic incidents take place.

DEIA efforts must take into account the experiences of all government employees and do so in an intersectional manner. Otherwise, any gaps or inequities that prevent the creation of a truly inclusive workplace will not be addressed. One of the areas to build upon current efforts is by incorporating antisemitism and other issues impacting Jewish employees into DEIA strategies.

**ADL requests that funding be provided to ensure that the Government-wide DEIA Plan required by President Biden's Executive Order and other anti-bias initiatives include antisemitism as part of their efforts to build a more inclusive government.**

## LABOR, HEALTH AND HUMAN SERVICES, EDUCATION, AND RELATED AGENCIES

1. SUPPORT EDUCATIONAL INSTITUTIONS IN RESPONDING TO AND RECOVERING FROM HATE

From K-12 schools to university campuses, educational environments and educators are on the frontlines of the fight against hate. Students face threats of bullying, hate, harassment, and extremism. Educators and educational institutions at all levels need better resources not only to educate against hate and provide better anti-bias curriculum, but also to improve their ability to prevent hate-based threats and bullying and recover from hate-based violence.

**ADL requests funding according to the intent of the United We Stand Summit for the Department of Health and Human Services and the Department of Education, to provide for the implementation of the Bipartisan Safer Communities Act to support safer learning environments and student wellbeing and resilience in the face of hate and trauma.**

**ADL also requests funding for the Department of Education's efforts to provide grants for institutions of higher education to effectively prevent and respond to hate-fueled violence, including Historically Black Colleges and Universities (HBCUs) subjected to recent threats.**

2. UNITED WE SERVE

ADL agrees with President Biden that all Americans should have the opportunity to serve their country and community through programs like AmeriCorps, including AmeriCorps Seniors. When Americans of all backgrounds work together to tackle our nation's toughest challenges, they come to understand that there is more we have in common than divides us. Expanding and improving access to national service and volunteerism through United We Serve can be a crucial tool in the work to build bridges across communities, and therefore a tool in the fight against hate.

**ADL requests OMB fund AmeriCorps' efforts to develop new training opportunities on bridge-building, promoting civic engagement, and fostering social cohesion, to develop new mechanisms to evaluate the impact and cost-effectiveness of national service and volunteerism interventions. The AmeriCorps education award should be raised, following increases in Pell grants, and living allowances should be raised to be equivalent to $15 per hour. ADL also urges OMB to support a raise in the AmeriCorps education award to follow increases in Pell**

20

**grants and to increase the AmeriCorps living allowance to the equivalent of $15 per hour over FY24 and FY25.**

**ADL also requests that OMB expand federal support for civics education, through a competitive grant program that will help states and school districts to design and develop new programs or expand programs grounded in evidence-based strategies.**

3. ONLINE LITERACY RESEARCH

Online hate and extremism have increased dramatically in recent years, and the consequences have included violent attacks and serious harm. Online platforms often lack adequate policies to mitigate these challenges or fail to enforce their policies effectively, and users require skills to navigate around and remain safe from these threats.

**ADL requests funding for the Institute of Museum and Library Services to support to advance information literacy through their interagency task force facilitating the development of a portal of resources bridging information literacy research and practice for how to advance information literacy within communities.**

4. COMBAT ANTISEMITISM ON COLLEGE AND UNIVERSITY CAMPUSES

Rising antisemitism is directly impacting Jewish students on college and university campuses across the country. For decades, a small but vocal segment of U.S. student groups and faculty on college campuses have espoused anti-Israel and anti-Zionist views. Anti-Israel rhetoric and activism can span the spectrum from the denial and vilification of the right of Jewish self-determination, to the propagation of classic antisemitic tropes. Over the past several years and through the current academic year, the prominence of anti-Israel and anti-Zionist activities on campus appears to have continued to grow. As incidents surge, we must be aware of possible links between hateful rhetoric and violence; and students and faculty of all political stripes must do their best to engage in healthy and respectful dialogue.

In 2019, the former Administration issued Executive Order 13899—Combating Anti-Semitism which reaffirms the long-standing principle that antisemitism and discrimination against Jews based on an individual's race, color, or national origin may violate Title VI of the Civil Rights Act of 1964 (Title VI), 42 U.S.C. § 2000d et seq.; directs the federal government to enforce Title VI against prohibited forms of discrimination rooted in antisemitism as vigorously as against all other forms of discrimination prohibited by Title VI; and requires federal agencies to consider the International Holocaust Remembrance Alliance's (IHRA) working definition of antisemitism along with the eleven contemporary examples in enforcing Title VI.

**ADL requests funding be provided to the Department of Education's Office for Civil Right's Outreach, Prevention, Education & Nondiscrimination (OPEN) Center to provide technical assistance regarding campus antisemitism.**

*****

These funding requests are essential to dealing with the grave situations our nation faces, including domestic extremism, increased antisemitism and hate crimes, and other critical issues.

21

Please do not hesitate to contact me at msevillia@adl.org or 202-374-1272 with any questions you may have. Thank you for your consideration of ADL's requests.

Sincerely,

Max Sevillia
Vice President for Government Relations,
Advocacy and Community Engagement