DD-3

# EXAMINING THE DOMESTIC TERRORISM THREAT IN THE WAKE OF THE ATTACK ON THE U.S. CAPITOL

## HEARING

BEFORE THE

## COMMITTEE ON HOMELAND SECURITY
## HOUSE OF REPRESENTATIVES

ONE HUNDRED SEVENTEENTH CONGRESS

FIRST SESSION

FEBRUARY 4, 2021

### Serial No. 117–1

Printed for the use of the Committee on Homeland Security



Available via the World Wide Web: http://www.govinfo.gov

U.S. GOVERNMENT PUBLISHING OFFICE

44–243 PDF                WASHINGTON : 2021

60

Chairman THOMPSON. I think Ms. Neumann is having some challenges with her internet right now.

Ms. NEUMANN. I will tell you that, as I was observing on the TV, I was—can you hear me?

Mr. BISHOP. Mr. Chairman, I think, unfortunately, there is such a delay——

Ms. NEUMANN. I will keep talking in case you can.

Mr. BISHOP [continuing]. I think perhaps I will just yield back.

Ms. NEUMANN. I believe that what I observed on TV, I thought that the security was woefully unprepared. It did not make sense to me why police officers——

Chairman THOMPSON. The gentleman has yielded his time, Ms. Neumann, and we will go to our next questioner.

The Chair recognizes Mr. Correa for 5 minutes for questioning.

Mr. CORREA. Thank you, Mr. Chairman. Can you hear me OK?

Chairman THOMPSON. Yes, we can.

Mr. CORREA. Thank you very much.

First of all, I want to thank you, Chairman Thompson, for holding this most important hearing on domestic terrorism.

Mr. Katko, I want to congratulate you for your position as the Ranking Member.

We are going to continue to have a long discussion [inaudible]. As you know, this is not a Democrat or Republican issue, but, rather, this is an issue about security of all Americans, here and abroad.

Mr. Chairman, again, I thank you for this hearing because, as you remember, I called on the House Homeland Security Committee right after the Charlottesville "Unite the Right" rally, where 32-year-old Heather Heyer was killed, I called on this kind of a hearing to address this home-grown right-wing terrorism. So I am glad we are finally here.

In the few moments that I have, I want to ask some of our witnesses a couple of questions.

First, my question to all of you: Given the events that we just witnessed, especially January 6, and, again, having been in that gallery myself and watching everything unfold, are we now prepared? Are we adequately redirecting resources to address domestic terrorism?

After 9/11, rightly so, we focused almost exclusively on foreign terrorism. My question is, to all of you, are we now focused the way we should be on domestic terrorism?

Mr. Rodriguez.

Mr. RODRIGUEZ. Thank you, Representative Correa.

I do think that, in the wake of January 6, we need to reinforce the importance of information sharing and intelligence sharing. That is why I spoke in my comments——

Mr. CORREA. I am limited in my time, Mr. Rodriguez, so let me ask you: We have more than 17,000 police agencies, fusion centers. Do we need more legislation? More resources? Or do we just have to have a better attitude in terms of coordinating information?

Mr. RODRIGUEZ. We need more information [inaudible] and get that information flowing into liaison officers into some of these Federal agencies. Yes.

Mr. CORREA. Ms. Neumann, same question.

Mr. Greenblatt.

Mr. GREENBLATT. What I would say, Mr. Congressman, is, we at the ADL work closely with the FBI, who I think is focused on the problem, but we do not yet have a whole-of-Government approach. We do not yet have adequate resources. The Biden administration has given us some very encouraging signals and said they will make it a priority, but now we really need an integrated Federal strategy across the Executive branch.

Mr. Congressman, we also need State and local governments to make sure they are also resourcing to the threat.

Mr. CORREA. Mr. Jenkins.

Mr. JENKINS. Certainly the focus is there right now. I can't answer to how the resources are being readjusted. I think we do need, however, to have a rethink of our fundamental strategy. We simply cannot take the strategies that we have used to deal with home-grown jihadists and say we will apply these to domestic violent extremists. Because there are different conditions, we do need to have a fundamental rethink of our whole-of-Government strategy to deal with this problem.

Mr. CORREA. So, Mr. Jenkins, you talked about the material support, a legal framework, as it addresses foreign terrorism, maybe flipping that and applying that to domestic terrorism. I am thinking to myself, YouTube, GoFundMe, First Amendment, hate speech that incites hate violence.

Do we need more legislation? How can we pivot from foreign material support to domestic support and preserve our Constitutional rights?

Mr. JENKINS. Mr. Correa, in my written testimony and in my oral testimony, I have said that I am very wary of additional legislation or additional criminal statutes. I think we do have adequate criminal statutes to deal with this as a criminal problem.

I think that, if we go in the direction of adding terrorism statutes to deal with the domestic issue, we are going to become embroiled in endless discussions about definition and about designation of groups. So I would be very, very cautious in that area.

Mr. CORREA. Mr. Greenblatt, same question to you, sir.

Mr. GREENBLATT. Mr. Congressman, it may be a bit beyond scope for this committee, but I believe that Section 230 of the Communications Decency Act absolutely needs attention. It needs to be re-formed. It creates a shield of liability for the big social media platforms, a shield that I would suggest to you they have abused. They have utilized it to the detriment of the public.

It absolutely needs attention. I know Congressman Malinowski and Congresswoman Eshoo have a bill on that. It absolutely merits your attention and that of other Members of Congress.

Mr. CORREA. So you do believe there are some legislative fixes that we can——

Mr. GREENBLATT. The Domestic Terrorism Prevention Act absolutely should be passed. That is out there right now. So there are some existing—and the NO HATE Act, as well, should be looked at to deal with hate crimes.

Then I think new legislation, Mr. Congressman, to look at Section 230, it is long overdue. You will find wide-spread support in civil society and in the business community if you take that on.

62

Mr. CORREA. Same question, Ms. Neumann——

Chairman THOMPSON. The gentleman's time from California has expired.

Mr. CORREA. Thank you, Mr. Chairman.

Chairman THOMPSON. Thank you very much.

The Chair recognizes the gentleman from New Jersey, Mr. Van Drew.

Mr. VAN DREW. Good morning, everybody. It is wonderful to be with you all.

I do want to congratulate the Chairman on being Chairman once again and look forward to working with him. I had a wonderful relationship last year. Of course, our Ranking Member, Congressman Katko, I know will do a wonderful and fine job, and I look forward to working with him.

I am proud to be here with my colleagues on both sides of the aisle and to be addressing these real issues that are facing our Nation. As you know, I am someone that served at almost every level of Government, and I understand the importance of bipartisanship. It would be supremely cool—I don't know how else to say it—if we actually could do it. It would be wonderful if we were, like, an example of one of the very, very few committees that actually achieves that goal. I think that that is possible.

You know, in all my years as a dentist and in State politics, State senate, which I was in for 16 years, I never thought I would be here discussing the threat that violent domestic extremism exposes to our great Nation. Whether it is left-wing extremism, such as what we saw in Portland, Seattle, Kenosha, and even here in the District of Columbia, or right-wing extremism, as what occurred at the Capitol on January 6, it is a serious issue, and it must be remedied.

Just to be clear, I am not condemning peaceful rallies in memory of George Floyd or Jacob Blake, but, rather, the violent anarchists who senselessly take advantage of protests. No form—no form—of extremism should ever be tolerated, period. We can't pretend one side is good and one side is bad. We need to use common sense and work with one another.

We live in a country where freedom of speech is not only allowed but it is encouraged, which needs to happen without destructive and divisive actions. That is the real devil in the details here with all of this. Our voices as Members of Congress need to be used to soothe rather than to inflame.

I just wanted to agree with Jonathan Greenblatt on Section 230. I think there is support for legislation along those lines on the Republican and the Democratic side.

I think you are absolutely right. They have gotten away with too much, too arbitrarily. Thank you for making that statement.

I have a couple of questions, and one of them is—and let me find it—to Chris Rodriguez.

Chris, what I wanted to ask was, how much is too much when we talk about the kind of protection—this is a very specific question—around the Capitol?

We didn't have enough before, obviously. I have to be honest with you. As somebody who was used to being in the State capitol many years and now in this Capitol for a few years, as you just walked