# DD-4

An official website of the United States government. Here's how you know

Case 1:23-cv-09110-DLC    Document 33-39    Filed 11/02/23    Page 2 of 2

# What are the primary investigative functions of the FBI?

The FBI's investigative authority is the broadest of all federal law enforcement agencies. The FBI has divided its investigations into a number of programs, such as domestic and international terrorism, foreign counterintelligence, cyber crime, public corruption, civil rights, organized crime/drugs, white-collar crime, violent crimes and major offenders, and applicant matters. The FBI's investigative philosophy emphasizes close relations and information sharing with other federal, state, local, and international law enforcement and intelligence agencies. A significant number of FBI investigations are conducted in concert with other law enforcement agencies or as part of joint task forces.

For more information visit the What We Investigate section.

## Most Wanted

- Ten Most Wanted
- Fugitives
- Terrorism
- Kidnappings / Missing Persons
- Seeking Information
- Bank Robbers
- ECAP
- ViCAP

## FBI Jobs

- Submit a Tip
- Crime Statistics
- History
- FOIPA
- Scams & Safety
- FBI Kids
- FBI Tour

## News

- Stories
- Videos
- Press Releases
- Speeches
- Testimony
- Podcasts and Radio
- Photos
- Español
- Apps

## How We Can Help You

- Law Enforcement
- Victims
- Parents and Caregivers
- Students
- Businesses
- Safety Resources
- Need an FBI Service or More Information?

## What We Investigate

- Terrorism
- Counterintelligence
- Cyber Crime
- Public Corruption
- Civil Rights
- Organized Crime
- White-Collar Crime
- Violent Crime
- WMD

## About

- Mission & Priorities
- Leadership & Structure
- Partnerships
- Community Outreach
- FAQs

## Contact Us

- Field Offices
- FBI Headquarters
- Overseas Offices

## Additional Resources

- Accessibility
- eRulemaking
- Freedom of Information / Privacy Act
- Legal Notices
- Legal Policies & Disclaimers
- Privacy Policy
- USA.gov
- White House
- No FEAR Act
- Equal Opportunity



FEDERAL BUREAU OF INVESTIGATION



FBI.gov Contact Center