# DD-5

U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 30, 2022

MR. GRANT F. SMITH
INSTITUTE FOR RESEARCH: MIDDLE EASTERN POLICY
CALVERT STATION
POST OFFICE BOX 32041
WASHINGTON, DC 20007

FOIPA Request No.: 1428285-000
Subject: Anti-Defamation League
(Interactions, Correspondence and Referrals –
January 1, 2016 to February 2019)

Dear Mr. Smith:

The FBI has completed its review of records subject to the Freedom of Information/Privacy Acts (FOIPA) that are responsive to your request. The enclosed documents were reviewed under the FOIPA, Title 5, United States Code, Section 552/552a. Below you will find check boxes under the appropriate statute headings which indicate the types of exemptions asserted to protect information which is exempt from disclosure. The appropriate exemptions are noted on the enclosed pages next to redacted information. In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely and identify which exemptions were applied. The checked exemption boxes used to withhold information are further explained in the enclosed Explanation of Exemptions.

**Section 552**

- ☐ (b)(1)
- ☐ (b)(2)
- ☑ (b)(3)
  50 U.S.C. § 3024(i)(1)
- ☐ (b)(4)
- ☑ (b)(5)
- ☑ (b)(6)

- ☐ (b)(7)(A)
- ☐ (b)(7)(B)
- ☑ (b)(7)(C)
- ☑ (b)(7)(D)
- ☑ (b)(7)(E)
- ☐ (b)(7)(F)
- ☐ (b)(8)
- ☐ (b)(9)

**Section 552a**

- ☐ (d)(5)
- ☐ (j)(2)
- ☐ (k)(1)
- ☐ (k)(2)
- ☐ (k)(3)
- ☐ (k)(4)
- ☐ (k)(5)
- ☐ (k)(6)
- ☐ (k)(7)

185 pages were reviewed and 143 pages are being released.

Please see the paragraphs below for relevant information specific to your request as well as the enclosed FBI FOIPA Addendum for standard responses applicable to all requests.

☐ Document(s) were located which originated with, or contained information concerning, other Government Agency (ies) [OGA].

☐ This information has been referred to the OGA(s) for review and direct response to you.
☐ We are consulting with another agency. The FBI will correspond with you regarding this information when the consultation is completed.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request.  **"Part 1"** of the Addendum includes standard responses that apply to all requests.  **"Part 2"** includes additional standard responses that apply to all requests for records about yourself or any third party individuals.  **"Part 3"** includes general information about FBI records that you may find useful.  Also enclosed is our Explanation of Exemptions.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us."  The FOIPA Request Number listed above has been assigned to your request.  Please use this number in all correspondence concerning your request.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."  Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS).  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.  Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov.  If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."  Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

☑ See additional information which follows.

Sincerely,

*Michael G. Seidel signature*

Michael G. Seidel
Section Chief
Record/Information
   Dissemination Section
Information Management Division

Enclosures

Based on the information you provided, we conducted a main and reference entity record search of the Central Records System (CRS) per our standard search policy. For more information about records searches and the standard search policy, see the enclosed FBI FOIPA Addendum General Information Section.

This is the final release of information responsive to your FOIPA request. This material is being provided to you at no charge.

It is unnecessary to adjudicate your request for a fee waiver at this time, as no applicable fees were assessed.

Duplicate copies of the same document were not processed.

## FBI FOIPA Addendum

As referenced in our letter responding to your Freedom of Information/Privacy Acts (FOIPA) request, the FBI FOIPA Addendum provides information applicable to your request.   Part 1 of the Addendum includes standard responses that apply to all requests.   Part 2 includes standard responses that apply to requests for records about individuals to the extent your request seeks the listed information.   Part 3 includes general information about FBI records, searches, and programs.

**Part 1: The standard responses below apply to all requests:**

(i) **5 U.S.C. § 552(c).**   Congress excluded three categories of law enforcement and national security records from the requirements of the FOIPA [5 U.S.C. § 552(c)].   FBI responses are limited to those records subject to the requirements of the FOIPA.   Additional information about the FBI and the FOIPA can be found on the www.fbi.gov/foia website.

(ii) **Intelligence Records**.   To the extent your request seeks records of intelligence sources, methods, or activities, the FBI can neither confirm nor deny the existence of records pursuant to FOIA exemptions (b)(1), (b)(3), and as applicable to requests for records about individuals, PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(1), (b)(3), and (j)(2)].   The mere acknowledgment of the existence or nonexistence of such records is itself a classified fact protected by FOIA exemption (b)(1) and/or would reveal intelligence sources, methods, or activities protected by exemption (b)(3) [50 USC § 3024(i)(1)].   This is a standard response and should not be read to indicate that any such records do or do not exist.

**Part 2: The standard responses below apply to all requests for records on individuals:**

(i) **Requests for Records about any Individual—Watch Lists.**   The FBI can neither confirm nor deny the existence of any individual's name on a watch list pursuant to FOIA exemption (b)(7)(E) and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(7)(E), (j)(2)].   This is a standard response and should not be read to indicate that watch list records do or do not exist.

(ii) **Requests for Records about any Individual—Witness Security Program Records.**   The FBI can neither confirm nor deny the existence of records which could identify any participant in the Witness Security Program pursuant to FOIA exemption (b)(3) and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(3), 18 U.S.C. 3521, and (j)(2)].   This is a standard response and should not be read to indicate that such records do or do not exist.

(iii) **Requests for Records for Incarcerated Individuals.**   The FBI can neither confirm nor deny the existence of records which could reasonably be expected to endanger the life or physical safety of any incarcerated individual pursuant to FOIA exemptions (b)(7)(E), (b)(7)(F), and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(7)(E), (b)(7)(F), and (j)(2)].   This is a standard response and should not be read to indicate that such records do or do not exist.

**Part 3: General Information:**

(i) **Record Searches and Standard Search Policy.**   The Record/Information Dissemination Section (RIDS) searches for reasonably described records by searching systems, such as the Central Records System (CRS), or locations where responsive records would reasonably be found. The CRS is an extensive system of records consisting of applicant, investigative, intelligence, personnel, administrative, and general files compiled by the FBI per its law enforcement, intelligence, and administrative functions.   The CRS spans the entire FBI organization, comprising records of FBI Headquarters, FBI Field Offices, and FBI Legal Attaché Offices (Legats) worldwide; Electronic Surveillance (ELSUR) records are included in the CRS. The standard search policy is a search for main entity records in the CRS. Unless specifically requested, a standard search does not include a search for reference entity records, administrative records of previous FOIPA requests, or civil litigation files.

   a. *Main Entity Records* – created for individuals or non-individuals who are the subjects or the focus of an investigation
   b. *Reference Entity Records*- created for individuals or non-individuals who are associated with a case but are not known subjects or the focus of an investigation

(ii) **FBI Records.**   Founded in 1908, the FBI carries out a dual law enforcement and national security mission.   As part of this dual mission, the FBI creates and maintains records on various subjects; however, the FBI does not maintain records on every person, subject, or entity.

(iii) **Requests for Criminal History Records or Rap Sheets.**   The Criminal Justice Information Services (CJIS) Division provides Identity History Summary Checks – often referred to as a criminal history record or rap sheet.   These criminal history records are not the same as material in an investigative "FBI file."   An Identity History Summary Check is a listing of information taken from fingerprint cards and documents submitted to the FBI in connection with arrests, federal employment, naturalization, or military service.   For a fee, individuals can request a copy of their Identity History Summary Check.   Forms and directions can be accessed at www.fbi.gov/about-us/cjis/identity-history-summary-checks.   Additionally, requests can be submitted electronically at www.edo.cjis.gov.   For additional information, please contact CJIS directly at (304) 625-5590.

**EXPLANATION OF EXEMPTIONS**

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552**

(b)(1)     (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)     related solely to the internal personnel rules and practices of an agency;

(b)(3)     specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)     trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)     inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)     personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)     records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could reasonably be expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)     contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)     geological and geophysical information and data, including maps, concerning wells.

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a**

(d)(5)     information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)     material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)     information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)     investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)     material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)     required by statute to be maintained and used solely as statistical records;

(k)(5)     investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)     testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)     material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FD-999 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Liaison with an Organization Outside of the FBI

**Title:** (U) Attendance at Anti-Defamation League Southwest Region Board Meeting  **Date:** 12/19/2016

**Approved By:** ASAC [redacted]

**Drafted By:** [redacted]

b6
b7C

**Case ID #:** 44A-HO-7364702    (U) HATE CRIMES
HOUSTON DOMAIN TYPE 1 & 11
ASSESSMENTS

**Assessment Initiated:** 03/29/2016, set to expire 06/27/2016; extension granted 07/07/2016, set to expire 09/27/2016; extension granted 11/28/2016, set to expire 12/26/2016

**Responsible Organization:** HOUSTON

**Liaison Details:** (U) On December 12, 2016, SSA [redacted] and [redacted] attended the Anti-Defamation League (ADL) Southwest Region Board Meeting at the invitation of [redacted], ADL, [redacted]. The meeting was hosted by [redacted] of Interfaith Ministries, 3303 Main Street, Houston, Texas 77002. The FBI was commended for its partnership with the ADL and commitment to investigating hate crimes. [redacted] ADL [redacted], 4635 Southwest Freeway, Suite 400, Houston, Texas, [redacted] was introduced to SSA and [redacted]. [redacted], ADL, [redacted] asked SSA [redacted] to provide an overview of the Pigs Head case to ADL [redacted]. The two-hour meeting included dinner, commentary on hate speech regarding a visit of noted hate monger, [redacted] to Texas A&M University, online anti Semitism, board business, and liaison with ADL and Interfaith Ministries personnel.

b6
b7C

**Liaison Event:** Meeting

**Event Role:** Attended

UNCLASSIFIED

FD-999 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Liaison with an Organization Outside of the FBI

**Title:** (U) Houses of Worship Training for Synagogue, Church and JCC Leadership

**Date:** 12/04/2017

**Approved By:** ASAC

**Drafted By:**

b6
b7C
b7E

**Case ID #:** 44A-HO-7364702       (U) HATE CRIMES
                                    HOUSTON DOMAIN TYPE 1 & 11
                                    ASSESSMENTS

**Assessment Initiated:** 03/29/2016, set to expire 06/27/2016; extension granted 07/07/2016, set to expire 09/27/2016; extension granted 11/28/2016, set to expire 12/26/2016; extension granted 03/02/2017, set to expire 03/27/2017; extension granted 08/18/2017, set to expire 11/16/2017; extension granted 08/21/2017, set to expire 09/20/2017

**Responsible Organization:** HOUSTON

**Liaison Details:** (U) On November 30, 2017, SSA [redacted] provided a 20-minute presentation to about 50 Anti-Defamation League (ADL) members affiliated with area synagogues, Jewish Community Centers and churches. [redacted] ADL- [redacted], requested the training. The training was conducted at Faith Lutheran Church, 4600 Bellaire Boulevard, Houston, Texas. SSA [redacted] utilized PowerPoint to provide an overview of the four FBI-Civil Rights Sub-Program Priorities, focusing primarily on hate crimes. SSA [redacted] defined hate crimes, discussed dynamics of hate crimes, hate crime typologies, hate crime statistics, threats to houses of worship, and related case investigations. SSA [redacted] discussed the FBI's partnership with the ADL to combat hate crimes and discussed the Congregation Beth Israel and Congregation Or Ami Hoax Bomb Investigations. SSA [redacted] discussed Domestic Terrorism and nexus required to initiate an investigation. SSA [redacted] both responded to numerous questions posed by the group.

b6
b7C

**Liaison Event:** Classroom Training

UNCLASSIFIED

b3
b7E

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

Title: (U) Indianapolis Division welcomes ADL representative        Date: 06/20/2017

CC: [redacted]

From: INDIANAPOLIS
      IP-CDC
      Contact: [redacted]

b3
b6
b7C
b7E

Approved By: CDC [redacted]

Drafted By: [redacted]

Case ID #: [redacted]

Synopsis: (U) The Indianapolis Division welcomes ADL representative

Details:

On Thursday, April 6, 2017, the Indianapolis Division welcomed [redacted] of the Chicago Anti-Defamation League (ADL) to the office for a presentation. [redacted] He met with members of the Indianapolis Intelligence staff and Joint Terrorism Task force to discuss how the ADL investigates hatemongers and how the ADL tracks and provides information to their various law enforcement partner agencies.

b6
b7C

The meeting was a result of the continued relationship with [redacted] an Indianapolis representative of the ADL, a strong community leader, and a member of the [redacted]

b6
b7C

♦♦

UNCLASSIFIED

b3
b7E

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//~~FOUO~~

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

Title: (U) ADL Hate Crimes and Domestic Extremism Training

Date: 07/23/2018

CC: [redacted]

From: ATLANTA
  [redacted]
  Contact: [redacted]

Approved By: [redacted]

Drafted By: [redacted]

Case ID #: [redacted]

b3
b6
b7C
b7E

Synopsis: (U) Documenting attendance of the Anti-Defamation League's training on hate crimes and domestic extremism.

Details:

On 20 July 2018, Intelligence Analyst [redacted] attended the Anti-Defamation League's (ADL) Hate Crimes and Domestic Extremism Law Enforcement training held at Georgia State University. The event was coordinated by the ADL, the Matthew Shepard Foundation, the Federal Bureau of Investigation, Georgia Association of Chiefs of Police, Georgia International Law Enforcement Exchange, and the United States Attorney's Office. The training's goals were to provide law enforcement with an overview of white supremacy throughout the nation, provide law enforcement with an understanding of white supremacy symbols and identifiers so they are more identifiable while performing their job duties, and to increase knowledge of hate crime laws and how the laws can enhance federal, state and local investigations. Additionally, the training's goals were to bring awareness to

b6
b7C

UNCLASSIFIED//~~FOUO~~

UNCLASSIFIED//~~FOUO~~

b3
b7E

Title:  (U) ADL Hate Crimes and Domestic Extremism Training
Re:                    07/23/2018

sovereign citizen's tactics when interacting with law enforcement and provide law enforcement with identifiers of sovereign citizens. The training included law enforcement officials from agencies throughout the Southeast (Georgia, Alabama, Tennessee, and South Carolina).

◆◆

UNCLASSIFIED//~~FOUO~~

2