# DD-6

# ADL Welcomes Key Federal Investments to Fight Antisemitism and Other Forms of Hate in Fiscal Year 2023 Omnibus

Published: 12.23.2022

New York, NY, December 23, 2022 … ADL (the Anti-Defamation League) today welcomed the passage of the Fiscal Year 2023 appropriations bill in the U.S. House and Senate, which included funding for several crucial programs to combat antisemitism, protect against extremism, and fight hate in all forms at unprecedented levels.

"We thank Congress for taking key steps to fund the fight against antisemitism, extremism and all forms of hate," said Jonathan Greenblatt, ADL CEO. "At a time when antisemitism and extremism continue to threaten the safety of our communities and undermine our democratic values, funding for these programs can provide critical security and strengthen civil rights. We will continue to work with the Administration and Congress to ensure that full funding for crucial programs to fight hate continues to be appropriately funded in the coming fiscal years."

Over the past year, ADL called on the Administration and Congress to provide resources to mitigate the threat of hate and extremism in line with ADL's COMBAT, PROTECT, and REPAIR plans. ADL sent a letter urging Congress to appropriate sufficient funds to combat antisemitism at home and abroad, protect against domestic extremism, , repair the internet and address hate online and off, and build a more just and inclusive society.

ADL led efforts on the following provisions included in the final bill:

- $305 million for the Nonprofit Security Grant Program – a 22% increase from the previous year's funding. This program will provide critical grants to nonprofits and faith communities to protect against continued threats of hate-driven violence, including protecting synagogues and other Jewish communal institutions from antisemitic threats.
- Unprecedented levels of funding to improve hate crimes reporting, investigation, prosecution, and overall prevention with $10 million for programs authorized under the Jabara-Heyer NO HATE Act (doubled from the previous year), $25 million in grants under the Matthew Shepard and James Byrd, Jr. Hate Crimes Prevention Act (a 92% increase from Fiscal Year 2022), $10 million to support community-based efforts to prevent and respond to hate crimes (also doubling the previous year's funding), and over $25 million for the Community Relations Service.
- $1.5 million each to fund the office of the U.S. Special Envoy to Monitor and Combat Antisemitism (20% increase from the previous year's funding) and the U.S. Special Envoy for Holocaust Issues (50% increase from Fiscal Year 2022), as well as $1 million to counter global white supremacist extremism.
- $2 million to fund the Never Again Education Act to support Holocaust education across the U.S.
- Funding of several programs to study and combat extremism and hate on and offline: $7.5 million for domestic violent extremism research; $20 million for the Targeted Violence and Terrorism Prevention grant program; increased funding to investigate extremist violence and domestic terrorism; and increased funding to further support prosecutions related to the January 6 attack on the Capitol and domestic terrorism cases.
- Congress expressed urgency that the Administration should report on efforts to counter extremism on and offline, to secure communities from hate, and to address extremism in law enforcement and in the military.
- Authorization of the "Benjamin Berell Ferencz Congressional Gold Medal Act," in recognition of the last living Nuremberg prosecutor.
- Authorization of the Electoral Count Reform Act, to secure our democracy by modernizing the process for certifying and counting electoral votes in presidential elections. Common-sense reforms like these can mitigate conspiracies and other efforts to undermine our democracy and help address the nexus of democratic backsliding and political violence.

*ADL is the leading anti-hate organization in the world. Founded in 1913, its timeless mission is "to stop the defamation of the Jewish people and to secure justice and fair treatment to all." Today, ADL continues to fight all forms of antisemitism and bias, using innovation and partnerships to drive impact. A global leader in combating antisemitism, countering extremism and battling bigotry wherever and whenever it happens, ADL works to protect democracy and ensure a just and inclusive society for all. More at www.adl.org.*