# NN-1

# COUNTERING VIOLENT EXTREMISM, TERRORISM, AND ANTISEMITIC THREATS IN NEW JERSEY

## FIELD HEARING

BEFORE THE

## COMMITTEE ON HOMELAND SECURITY
## HOUSE OF REPRESENTATIVES

ONE HUNDRED SEVENTEENTH CONGRESS

SECOND SESSION

OCTOBER 3, 2022

### Serial No. 117–72

Printed for the use of the Committee on Homeland Security



Available via the World Wide Web: http://www.govinfo.gov

U.S. GOVERNMENT PUBLISHING OFFICE

50–643 PDF    WASHINGTON : 2023


14

Such hate yields deadly results, most recently in Buffalo, where a gunman espousing white supremacist and antisemitic conspiracy theories killed ten people. I was among the first on the scene, supporting our local partners, including the National Urban League and law enforcement, and continued by working with State leadership to combat domestic extremism. Together, we can and must do more to prevent future tragedies.

ADL has repeatedly called for a whole-of-Government, whole-of-society approach to curb the rising tide of hate. We call on Congress to adopt ADL's strategies, the COMBAT Plan to fight antisemitism, the PROTECT Plan to mitigate extremism, and the REPAIR Plan to curtail on-line hate.

I would like to highlight seven key recommendations: No. 1, prioritize and promote efforts to counter violent extremism as well as oversight and transparency for those efforts; No. 2, establish an interagency task force to combat antisemitism; No. 3, adopt the IHRA working definition of antisemitism as a guideline for understanding antisemitism and identifying its modern-day manifestations; No. 4, legislate to end the complicity of social media companies; No. 5, create an independent clearinghouse to identify extremist content; No. 6, continue to fund and grow programs that protect marginalized communities, like the Nonprofit Security Grant Program; and finally, No. 7, ensure that the measures announced at the White House Summit United We Stand, which ADL supported, are implemented in full.

Last week, I helped at Rosh Hashanah services at my synagogue. As part of my duties, I was designated to wear a panic button around my neck to alert law enforcement in an emergency. Like so many worshippers, I spent the service distracted by the fear that our synagogue could be next, the next Colleyville, the next Jersey City, the next Tree of Life.

As Yom Kippur begins tomorrow, I urge you to remember the way that these threats tear at the fabric of our communities, our democracy, and our country. Now, now is the time for action. Thank you for your attention to this critical issue, and I look forward to your questions.

[The prepared statement of Mr. Richman follows:]

PREPARED STATEMENT OF SCOTT RICHMAN

OCTOBER 3, 2022

INTRODUCTION TO ADL

Since 1913, the mission of ADL (the Anti-Defamation League) has been to "stop the defamation of the Jewish people and to secure justice and fair treatment to all." For decades, one of the most important ways in which ADL has fought against bigotry and antisemitism has been by investigating extremist threats across the ideological spectrum, including from white supremacists and other far-right violent extremists, producing research to inform the public of the scope of the threat, and working with law enforcement, educators, the tech industry and elected leaders to promote best practices that can effectively address and counter these threats.

Domestic violent extremism has been on the rise in recent years. The Jewish community continues to be a primary target of extremists, regardless of ideology.

Without a doubt, right-wing extremist violence is currently the greatest domestic terrorism threat to everyone in this country. From Charleston to Charlottesville to Pittsburgh, to Poway and El Paso and Buffalo, we have seen the deadly consequences of white supremacist extremism play out all over this country. Moreover, at ADL we are tracking the mainstreaming, normalizing, and localizing of the hate,

15

disinformation and toxic conspiracy theories that animate this extremism. We cannot afford to minimize this threat. We need a bipartisan "whole-of-Government approach"—indeed, a "whole-of-society" approach—to counter it, and the work must start today.

CURRENT TRENDS

*Antisemitic Violence*

Antisemitism is an on-going threat to the American Jewish community, other marginalized groups, and our democracy itself. According to the FBI's annual data on hate crimes, defined as criminal offenses which are motivated by bias, crimes targeting the Jewish community consistently constitute over half of all religion-based crimes. The number of hate crimes against Jews has ranged between 600 and 1,200 each year since the FBI began collecting data in the 1990's. There were 683 hate crimes against Jews in 2020, 963 in 2019 and 847 in 2018. The FBI's data is based on voluntary reporting by local law enforcement and appropriate characterization of crimes as also being hate crimes. For a variety of reasons, dozens of large cities either underreport or do not report hate crime data at all. For that reason, experts, including at ADL, know that the real figure for crimes targeting Jews, as well as other marginalized communities, is even higher than the FBI reporting indicates.

A violent attack against the Jewish community occurred earlier this year on January 15, when a gunman entered Congregation Beth Israel in Colleyville, Texas, during services, taking three congregants and the rabbi as hostages. Though the standoff ended with all hostages freed and physically unharmed, the violent act reinforced the need to forcefully address the threat of antisemitic violence—experienced by the Colleyville community and far too many others. The fact that the Colleyville attacker traveled from the United Kingdom underscores that there can be foreign influences on domestic terrorism, either through incitement, coordination, or direct participation.

*Rising Antisemitism*

ADL has recorded a 37 percent increase in antisemitic incidents over the past 5 years. While antisemitism has commonalities with racism, anti-Muslim bias, xenophobia, homophobia, transphobia, misogyny, and other forms of hate and discrimination, it also has certain unique characteristics as a specific set of ideologies about Jews that have migrated across discourses—and across centuries. In almost every part of our society, this hatred has been conjured and adjusted to suit the values, beliefs and fears of specific demographics and contexts. The underlying conspiracy theories employing Jew-hatred morph to fit the anxieties and upheavals of the time—for example, that Jews were responsible for the Black Death in medieval times and for "inventing," spreading, or profiting from COVID in the 21st Century; or that Jews exercise extraordinary power over governments, media, and finance—from the charges of a conspiracy to achieve world domination set forth in the Protocols of the Elders of Zion and used by the Nazis, to thinly-veiled antisemitism blaming "globalism" and "cosmopolitan elites" for all the ills of the world and for planning a "new world order."

Each year, ADL's Center on Extremism (COE) tracks incidents of antisemitic harassment, vandalism, and assault in the United States. Since 1979, we have published this information in an annual Audit of Antisemitic Incidents. ADL's 2021 Audit of Antisemitic Incidents in the United States recorded 2,717 acts of assault, vandalism, and harassment in 2021 alone, an average of more than seven incidents per day. This represents a 34 percent increase from 2020 and the highest year of incidents on record since ADL began tracking antisemitic incidents in 1979.

Known extremist groups or individuals inspired by extremist ideology were responsible for 484 incidents in 2021, up from 332 incidents in 2020. This represents 18 percent of the total number of incidents in 2021.

ADL's 2021 audit also revealed that antisemitic incidents in the United States more than doubled during the May 2021 military conflict between Israel and Hamas and its immediate aftermath compared to the same time period in 2020. For the entire month of May, 387 antisemitic incidents were tabulated by ADL. The lion's share of 297 occurred between May 10—the official start of military action—and the end of the month, an increase of 141 percent over the same period in 2020 (123). The perpetrators of many of these incidents explicitly referred to the conflict between Israel and Hamas. After peaking during that period, incident levels gradually returned to a baseline level.

*Murder and Extremism: By the Numbers*

The alarming uptick in antisemitic incidents is representative of the rising hate and extremist violence threatening minority and marginalized communities across the country.

In 2021, based on ADL's research, domestic extremists killed at least 29 people in the United States, in 19 separate incidents. This represents a modest increase from the 23 extremist-related murders documented in 2020 but is far lower than the number of murders committed in any of the 5 years prior (which ranged from 45 to 78). While this could be cause for optimism, more likely it is the result of COVID lockdowns reducing mass gatherings and the increased attention of law enforcement following the January 6, 2021 insurrection.

Most of the murders (26 of 29) were committed by right-wing extremists, who have been responsible for roughly 3 in 4 domestic extremist murders over the last decade.

*White Supremacist Propaganda*

ADL's Center on Extremism (COE) tracked a near-doubling of white supremacist propaganda efforts in 2020, which included the distribution of racist, antisemitic and anti-LGBTQ+ fliers, stickers, banners and posters. The 2021 data shows a slight 5 percent drop in incidents from the previous year, with a total of 4,851 cases reported to ADL, compared to 5,125 in 2020. Despite the drop in overall incidents, 2021 saw a 27 percent increase in antisemitic propaganda distributions, rising from 277 incidents in 2020 to 352 incidents in 2021.

Propaganda gives white supremacists the ability to maximize media and on-line attention, while limiting the risk of individual exposure, negative media coverage, arrests, and public backlash that often accompanies more public events. The barrage of propaganda, which overwhelmingly features veiled white supremacist language with a "patriotic" slant, is an effort to normalize white supremacists' message and bolster recruitment efforts while targeting marginalized communities including Jews, Black people, Muslims, non-white immigrants, and LGBTQ+ people.

*Modern White Supremacy*

Extremist white supremacist ideology is more than a collection of prejudices: it is a complete ideology or worldview that can be as deeply seated as strongly-held religious beliefs.

Different variations and versions of extremist white supremacist ideology have evolved and expanded over time to include an emphasis on antisemitism and nativism. These extremists themselves typically no longer use the term "white supremacist," as they once proudly did, but instead tend to prefer various euphemisms, ranging from "white nationalist" to "white separatist" to "race realist" or "identitarian." Even in the face of these complexities, it is still possible to arrive at a useful working definition of the concept of extremist white supremacy.

Through the Civil Rights era, white supremacist ideology focused on the perceived need to maintain the dominance of the white race in the United States. After the Civil Rights era, extremist white supremacists realized that their views had become increasingly unpopular in society and their ideology adapted to this new reality.

Today, white supremacist ideology, no matter what version or variation, tends to focus on the notion that the white race itself is now threatened with imminent extinction, doomed—unless white people take imminent action—due to a rising tide of people of color who are being controlled and manipulated by Jews. Extremist white supremacists promote the concept of on-going or future "white genocide" in their efforts to wake white people up to their supposedly dire racial future.

The popular white supremacist slogan known as the "Fourteen Words" reflects these beliefs and holds center stage: "We must secure the existence of our people and a future for white children"—secure a future, as white supremacists see it, in the face of their enemies' efforts to destroy it.

This twisted and conspiratorial ideology was on display in 2017 in Charlottesville as white supremacists marched with tiki torches chanting "Jews will not replace us," a rally that ended in the death of counter-protester Heather Heyer. It was on display in 2019 during the horrific mass shooting in El Paso. When a white supremacist opened fire in a shopping center, killing 23 people, he was motivated by what he called "the Hispanic invasion of Texas." And when the mass shooter at the Pittsburgh Tree of Life synagogue massacred 11 Jews on the Jewish Sabbath, he shouted not only "All Jews Must Die!" but claimed to be murdering Jews because they were helping to transport members of the large groups of undocumented immigrants making their way north toward the United States from Latin America, which is perceived by white supremacists as a Jewish effort to replace the "rightful" white population of the United States.

17

The world watched in horror as this rhetoric took violent form yet again in May 2022, when a gunman killed 10 people and injured 3 more inside a Tops supermarket in Buffalo, New York, after espousing violent white supremacist and antisemitic views on-line. This shooter was the latest in a long line of violent domestic terrorists who embraced the virulently racist and antisemitic "Great Replacement" conspiracy theory, which argues that Jews are responsible for non-white immigration into the United States, and that non-white immigrants will eventually replace (and lead to the extinction of) the white race.

*Anti-Zionist and anti-Israel Antisemitism*

While the preponderance of antisemitism and violent threats to the Jewish community emanate from the right, a steady stream of antisemitism on the left persists, often related to Israel. Of course, some criticism of Israel is part of a healthy political ecosystem. However, a segment of the left sometimes espouses ideas that go beyond legitimate critique and into antisemitic tropes or the vilification and ostracization of Jews. Often, anti-Israel activists will claim they are only targeting "Zionists," but this encompasses the vast majority of Jews who feel a connection to or affinity with Israel as part of their Jewish identities. The bottom line is that the Jewish community suffers.

The vilification of Zionism and ostracization of Zionists is increasingly emerging as a common phenomenon within some left-wing spaces. Zionism, broadly defined as the movement for Jewish self-determination and statehood in the Jewish people's historic homeland in the Land of Israel, is increasingly seen by left-wing activists as unjustifiable or illegitimate. This has absolutely no basis in reality. To be clear: Zionism is not in opposition to the Palestinians and affords the Palestinians the exact same rights to self-determination and statehood as the Jewish people. Yet anti-Zionist activists on the left often invoke the words "Zionism" and "Zionist" in a pejorative manner to demean, disparage, and attempt to ostracize Jews. Some claim one cannot be a feminist and a Zionist or that Zionism and Zionists are inherently linked to white supremacy. This has real-world consequences:

- About a year ago, we saw the DC chapter of environmental justice group Sunrise Movement attempt to exclude Jewish groups from their coalition due to their "Zionism." The DC chapter apologized and reversed course—but not without significant organizing by the Jewish community—and pushback from many anti-Zionist activists.
- In at least two cases just this year, student groups expelled members due to their "Zionism." In February 2022, a student testified that she was harassed on campus and dismissed from her a cappella group for being a Zionist [UConn]. Also in February 2022, two members of a campus support group for sexual assault survivors [at SUNY New Paltz] were forced to resign from the group due to their self-identification as Zionist.

Segments of the left are increasingly holding American Jews or "Zionists" responsible for alleged human rights abuses committed by the State of Israel against the Palestinians, which can lead to not only ostracization but harassment:

- In June 2021, someone in a vehicle passing Hillel at Princeton University yelled "Free Palestine" at a group of Jewish students and faculty who were preparing to begin religious services on the lawn.
- In Lakewood in March 2021, an individual yelled at a visibly Jewish person, "Free the Palestine" and "F*** the Jews."
- In Brooklyn in September 2021, a visibly Jewish boy with a group of other Jewish children was approached by a man on a subway platform. The man shook the child's arm and yelled at him, asking why they were "killing kids in Gaza."

On campus, we have also seen the vandalizing of Hillel property, calls for Hillel to be cut off from the broader campus community and anti-Israel protests outside of Hillel. Off campus, we have seen protestors outside of synagogues. Protesting outside a synagogue, Hillel or any Jewish institution may be considered tantamount to holding the Jewish community responsible for the alleged actions of the Israeli State.

The espousal of antisemitic tropes by some anti-Zionist and left-wing activists is also an issue. "Zionists," or mainstream American Jewish institutions, have been accused of having outsized and nefarious influence in government, control over the media, or of having excessive financial greed. For instance, Roger Waters, who is often invited to speak by anti-Zionist groups, has claimed that a nefarious "Israel lobby" prevented the election of Jeremy Corbyn in the United Kingdom. He has also referred to Zionists with the antisemitic canard "cabal." On campus, just this April, in an email to much of the student body, NYU Law's SJP (Students for Justice in Palestine) group alleged that "the Zionist grip on the media is omnipresent."

18

These tropes are becoming more and more normalized in mainstream progressive spaces. Today, unfortunately, Jews on campus who so much as publicly express affinity with Israel's existence are ever more likely to have a difficult time being accepted. Some Jews may feel forced to hide their connection to Israel in order to be included. The net effect is that much of the Jewish community feels a sense of being under siege.

*On-line Hate*

In recent years, extremists' on-line presence has reverberated across a range of social media platforms. This extremist content is intertwined with hate, racism, antisemitism, and misogyny—all also through-lines of white supremacist ideology. Such content is enmeshed in conspiracy theories and explodes on platforms that are themselves tuned to spread disinformation. We can look no further than the deadly insurrection at our Capitol, which ADL called the most predictable terror attack in U.S. history, because it was planned and promoted out in the open on mainstream platforms such as Facebook, Twitter, Instagram, and YouTube, as well as fringe platforms such as Parler, Gab, 4Chan and Telegram. There is little doubt that fringe platforms have helped radicalize users and normalize both on-line and off-line extremist actions, but Big Tech platforms are no longer unwitting accomplices.

*Mainstream Social Media Platforms*

Fringe platforms, despite having relatively small user bases, leverage Big Tech platforms like Twitter and Facebook to increase their reach and influence. In the case of Big Tech, white supremacist propaganda has found its viral channel. It's a perfect storm. First, there is the well-researched human propensity to engage with the most incendiary, inciting, and hateful content. This in turn meets the business model of Big Tech, which depends on increasing engagement of users to surveil them and collect copious amounts of data about them—and their associates and activities—all to sell as many hyper-targeted advertisements as possible. The profit incentive demands engagement; hate, antisemitism, and extremism deliver it; and then algorithms amplify that hateful and antisemitic content to generate even more engagement. Toxic speech is thus given reach and impact unparalleled in human history. For example, in 2020, a single "Stop the Steal" Facebook group gained more than 300,000 members within 24 hours. Thousands of newcomers a minute joined this group and some of them openly advocated civil war.

*Meta*

Meta, which owns platforms such as Facebook, Instagram, and WhatsApp, claims that it is meaningfully addressing hate and antisemitism on its platforms. ADL and others, however, continue to expose egregious examples of on-line antisemitism, hate, misinformation, and extremism across the company's products. The spread of QAnon and its consistent elevation of antisemitism, the mainstreaming of the foundational white supremacist and neo-Nazi "Replacement Theory," the Big Lie about the 2020 Presidential election, and COVID conspiracies, all are examples of extremism, antisemitism, and hate that has become increasingly normalized and mainstreamed—in large part because of its viral spread on-line.

Social media companies, like Meta, know their role in the spread and normalization of this hate. Documents disclosed to the SEC by Facebook whistleblower Frances Haugen made it clear that Facebook was aware of both the specific role its platform played in the insurrection and the broader role the platform plays in the spread of disinformation, extremism, and hate. The SEC disclosure included statements from Facebook's internal documents. These documents acknowledged Facebook's role in augmenting "combustible election misinformation," noting "we amplify them and give them broader distribution." Internal Facebook documents also stated that the company had "evidence from a variety of sources that hate speech, divisive political speech and misinformation on Facebook and the family of apps are affecting societies around the world . . . Our core products mechanics, such as virality, recommendations, and optimizing for engagement, are a significant part of why these types of speech flourish."

Notably, extremists leverage mainstream platforms like Meta's Facebook to ensure that the hateful and antisemitic philosophies, which often began to germinate on message boards like Gab and 8chan (now 8kun), find a new and much larger audience. Meta's platforms have served as a gateway for extremists and hatemongers to recruit curious individuals. Extremists use strategies like creating private pages and events; using coded language (called dog whistles) to imply and spread a hateful and antisemitic ideology on mainstream platforms; and linking to hate-filled sites (versus outright posting certain content) to avoid content moderation.

19

*TikTok*

In less than 7 years, TikTok—the social media app that allows users to create and share short videos—has amassed over 1 billion users. It is particularly popular among young people. As ADL documented in August 2020 and June 2021, while much of the content on TikTok is lighthearted and fun, extremists and antisemites have exploited TikTok to share hateful messages and recruit new adherents. Antisemitism continues to percolate across the app, with posts perpetuating age-old anti-Jewish tropes and conspiracy theories. Recordings of Louis Farrakhan, Rick Wiles (of TruNews), and Stephen Anderson—all antisemitic individuals whose bigotry has been thoroughly documented by ADL—were readily available on TikTok in 2021. One such post, shared on May 23, 2021, showed a clip of a TruNews segment in which Rick Wiles states: "And our leaders are lowlife scum that screw little girls so the Jews can screw America . . . we've allowed Kabbalah practicing Jews to defile the Nation." TruNews, a fundamentalist Christian streaming news and opinion platform that produces antisemitic, anti-Zionist, anti-LGBTQ+, and Islamophobic content, has been banned from YouTube and Facebook for violating the platforms' content rules.

*Twitter*

The pending purchase of Twitter by billionaire Elon Musk has significantly damaged Twitter's efforts to address extremism and antisemitism. Musk has expressed open disdain both for the idea of content moderation and for the work of specific Twitter staff in making the platform safer and more inclusive. In July 2022, ADL tested Twitter's enforcement against antisemitism by reporting 225 strongly antisemitic tweets to the platform. Twitter only removed 5 percent of the reported content (11 tweets). Their reasoning was not that this was an enforcement error but rather that they either took "non-removal actions" or that the tweets in question did not have "repeated" antisemitic content, and thus did not rise to a level of breaking their platform policies. The response from Twitter significantly minimizes the impact that antisemitism and hate have on individuals from targeted communities. In another study from this year, ADL found a 37 percent overlap between a set of Twitter users that tweeted false and misleading narratives about the Buffalo extremist attack in May 2022 and disinformation related to the outcome of the 2020 election. Twitter took no or minimal action on these users who repeatedly spread harmful and dangerous false information, which is further evidence of the significant work Twitter must undertake to make their platform safe against antisemitism and harmful false information.

*YouTube*

YouTube has remained under the radar for its role in spreading hate, antisemitism, disinformation, and misinformation as compared to Facebook and Twitter. YouTube waited more than a month after the 2020 Presidential election to remove videos claiming electoral fraud—by then, millions of people had been exposed to false information that eroded trust in our democracy. Furthermore, ADL research shows YouTube continues to push people toward extremist content despite the company's claim that it has overhauled its recommendation algorithms.

ADL's February 2021 Belfer Fellow report indicates that exposure to videos from extremist or white supremacist channels on YouTube remains disturbingly common. The report's authors conducted a study that measured the browsing habits of a diverse national sample of participants and found that approximately one in ten participants viewed at least one video from an extremist channel (9.2 percent) and approximately two in ten (22.1 percent) viewed at least one video from an alternative (gateway) channel. Moreover, participants often received and sometimes followed YouTube recommendations for videos from alternative and extremist channels. Overall, consumption of alternative and extremist content was concentrated among highly-engaged respondents, most frequently among those with negative racial views. In total, people with high racial resentment were responsible for more than 90 percent of views for videos from alternative and extremist channels.

An investigation undertaken this year showed the ways in which hateful organizations such as the antisemitic and anti-LGBTQ+ New Independent Fundamental Baptist Movement (New IFB) have utilized new product features on YouTube to grow their followings, and how YouTube has not put sufficient protections in place to keep hateful groups from weaponizing their product features. Utilizing the new "YouTube Shorts" product feature, the New IFB was able to grow the views on their content by over 100-fold from an average of 85 views to an average of 8,500 views.