# Exhibit QQ



# Law Enforcement & Society: Lessons of the Holocaust

*Held in Washington, DC, for American law enforcement personnel at every level*

Working with the U.S. Holocaust Memorial Museum, ADL developed this innovative training to examine what can happen when law enforcement personnel do not question authority or uphold democratic principles. Through the lens of the Holocaust, participants look at law enforcement's role in propagating atrocities in Nazi Germany during the 1930s and 1940s. Every new FBI Special Agent must go through this training, which has also become standard protocol for several major metropolitan police forces, the Department of Homeland Security and the Bureau of Alcohol, Tobacco, Firearms and Explosives.

Since its establishment in 1998 in Washington, D.C., more than 100,000 law enforcement officers have participated in LEAS trainings. Federal agencies whose agents are trained in the program include the Federal Bureau of Investigation, U.S. Secret Service, and U.S. Immigration and Customs Enforcement, while local departments include the Washington, D.C., Metropolitan Police Department, the Philadelphia Police Department, and

dozens more.  LEAS has also been incorporated into the curriculum of FBI National Academy, the FBI National Executive Institute, and the FBI Law Enforcement Executive Development Seminar.  In addition to the original program in Washington, DC, LEAS is also now offered in Houston, Los Angeles, Nassau County (NY), Seattle, St. Louis and Tampa.



DONATE

Find Your Local ADL

© 2017 Anti-Defamation League. All rights reserved.