# Exhibit ZZ

# Combating Antisemitism Roundtable
# December 7, 2022



Doug Emhoff, center, the husband of US Vice President Kamala Harris, speaks during a roundtable discussion with Jewish leaders about the rise in antisemitism and efforts to fight hate in the United States in the Indian Treaty Room in the Eisenhower Executive Office Building on the White House Campus in Washington, December 7, 2022. (AP Photo/Patrick Semansky)