# Exhibit AAA

DECEMBER 12, 2022

# Statement from White House Press Secretary Karine Jean-Pierre on Inter-Agency Group to Counter Antisemitism

As President Biden has made clear: antisemitism has no place in America. All Americans should forcefully reject antisemitism – including Holocaust denial – wherever it exists.

The President is establishing an inter-agency group led by Domestic Policy Council staff and National Security Council staff to increase and better coordinate U.S. Government efforts to counter antisemitism, Islamophobia, and related forms of bias and discrimination within the United States. The President has tasked the inter-agency group, as its first order of business, to develop a national strategy to counter antisemitism. This strategy will raise understanding about antisemitism and the threat it poses to the Jewish community and all Americans, address antisemitic harassment and abuse both online and offline, seek to prevent antisemitic attacks and incidents, and encourage whole-of-society efforts to counter antisemitism and build a more inclusive nation.

We look forward to working with advocates, civil rights leaders, civil society, and members of Congress on both sides of the aisle to continue countering the scourge of antisemitism.

### 

000632