# Exhibit CCC

**COMBAT ANTISEMITISM**

# ADL Shaped White House National Strategy to Counter Antisemitism



000695

Case 1:23-cv-09110-DLC    Document 132-69    Filed 04/17/25    Page 3 of 40

000696

## ADL's COMBAT Plan vs. White House National Strategy to Counter Antisemitism

| COMBAT PLAN PILLAR | COMBAT PLAN PRIORITY | COMBAT PLAN INITIATIVES (EXAMPLES) | INCLUDED IN WHITE HOUSE NATIONAL STRATEGY? |
|---|---|---|---|
| **COMBAT** Condemn Antisemitism | Challenge antisemitism in the United States via a whole-of-government strategy. | Expand agency portfolios and expertise to address antisemitism, particularly within existing civil rights offices. | √ |
| | | Incorporate antisemitism education and training in government, as part of Diversity, Equity, and Inclusion (DEI) efforts and other anti-bias initiatives. | |
| | Adopt the International Holocaust Remembrance Alliance (IHRA) Working Definition of Antisemitism. | | √ |
| **O** Oppose Hate and Extremism Driven By Antisemitism | Support hate crime laws and improve hate crime data collection and reporting. | Expand policies, procedures, response, training, and assistance to improve the policing and prosecution of hate crimes. | √ |
| | | Increase hate crimes training and institute programs to build stronger relationships with impacted communities to improve the investigation and response to such crimes. | |
| | Adopt wide-ranging measures to combat all forms of domestic antisemitic violent extremism. | | √ |
| **M** Make Institutions Safe from Antisemitism | Protect the physical security of Jewish community institutions. | Invest in programs supporting physical security enhancements and activities to protect community institutions. | √ |
| | Safeguard Jewish students in post-secondary institutions. | Promptly complete investigations of Title VI complaints relating to antisemitism and other instances of discrimination in higher education. | √ |
| | | Provide technical assistance regarding campus antisemitism directly to colleges, universities, Jewish students, and Jewish faculty about civil rights protections afforded to Jewish students under federal civil rights. | |
| | | Federal and state Departments of Education and post-secondary institutions should rigorously enforce existing anti-discrimination policies and ensure that appropriate disciplinary measures are employed against individuals and institutions when appropriate. | |

## ADL Priorities Communicated with the Biden Administration for the National Strategy To Counter Antisemitism



## Urge Congress to Combat Antisemitism

Take Action

Learn More about ADL's COMBAT Plan →

| ADL White House Memo with Suggested Provisions for an Antisemitism National Strategy | |
|---|---|
| 241.52 KB | Download Resource |

| Comprehensive Memo on ADL's COMBAT Plan | |
|---|---|
| 356.34 KB | Download Resource |

Ambassador Susan Rice Lauds ADL work on National Strategy to Counter Antisemitism

000698

**5 MIN, 10 SEC**

# Amb. Rice Lauds ADL Work on National Strategy to Counter Antisemitism

**Keep up to date with our fight against antisemitism, extremism and hate, and learn how you can make a difference.**

| *First Name | *Last Name | *Email address | *Postal Code |

By submitting this form you agree to receive email or other communications from ADL.

**Submit**

Sign Up For More Newsletters ⟶

000699