# Exhibit DDD

000700



## ADL'S COMBAT Antisemitism Plan

In recent years, Jews and Jewish institutions have been targets of antisemitism with increasing frequency. Despite our best efforts to counteract this trend, antisemitism in the U.S. has significantly worsened: 2021 was the highest year on record for antisemitic incidents, a 34 percent increase from the number of incidents recorded in 2020 and the highest year on record since ADL began tracking antisemitic incidents in 1979. This included a significant spike during the conflict between Israel and Hamas in May 2021, when antisemitic incidents in the U.S. increased by 138 percent. The first six months of 2022 have witnessed more attacks, including a synagogue hostage crisis in Colleyville, Texas, and an antisemitic "Mapping Project" targeting the Jewish community in Boston.

Antisemitism manifests in action, rhetoric, and attitudes from the far right and the extreme left; from political leaders and candidates; from anti-Zionists, neo-Nazis, and QAnon conspiracies. It also manifests within systems, structures, institutions, policies, cultural norms, and social dynamics—the very fabric of civilization. While common themes persist through the centuries, antisemitism evolves and mutates to meet the anxieties and crises of the time, changing to continually place Jews as a—or the—central evil and scapegoat. Antisemitism is not only a danger to vulnerable individuals and communities, but it is corrosive to democracy and an agent in dividing marginalized communities against one another.

Often called the "oldest hatred," antisemitism's persistence, perniciousness, and complexity make addressing it exceedingly difficult.

**ADL's COMBAT plan is a comprehensive, six-part advocacy framework to fight antisemitism:**

> **C**ondemn Antisemitism
> **O**ppose Hate and Extremism Driven by Antisemitism
> **M**ake Communities Safe from Antisemitism
> **B**lock Antisemitism Online
> **A**ct Against Global Antisemitism
> **T**each about Antisemitism

In summary, the COMBAT plan calls on advocacy at the federal, state, and local levels, as well as with public officials and all other leaders in positions of authority, to:

- Call out with moral clarity all forms of antisemitism, including anti-Zionism, and lead unequivocally in responding whenever it appears.
- Support and improve hate crime laws, including better data collection and reporting, and adopt ADL's PROTECT plan against antisemitic domestic extremists.
- Protect targeted communities, including Jewish institutions and Jews in colleges and universities.
- Adopt ADL's REPAIR plan to stop the spread of antisemitism online.
- Demonstrate ongoing leadership on the world stage by confronting global antisemitism.
- Teach about antisemitism and understanding of Jewish people today.

000701



This is meant to be complementary to the ADL's <u>PROTECT</u> plan to fight extremism and the <u>REPAIR</u> plan to address online hate. ADL is mobilizing its full resources and capacities in pursuit of these comprehensive policy agendas on the international, national, state, and local levels.

ADL's COMBAT plan is a blueprint for transformational change targeting antisemitism and all other forms of hate. It offers a wide-ranging path forward for meaningful change and, in the words of ADL's mission statement "to stop the defamation of the Jewish people, and to secure justice and fair treatment to all." We must live up to our nation's constitutional aspirations as a country where freedom and safety remain a cornerstone of our democracy.



CONDEMN ANTISEMITISM

- **Condemn all forms of antisemitism, and respond to antisemitic incidents, in timely, specific, and direct ways.**
    o Public officials and all other leaders in positions of authority should:
        1. Utilize their standing, platform, and convening power to condemn antisemitism and its multifaceted manifestations, regardless of source, ideology, or political affiliation.
        2. Deplore explicit expressions and actions demonizing, delegitimizing, and isolating Israel and Zionists.
            - Such manifestations are evident when antisemitic tropes are invoked, when the Jewish right to self-determination is demonized or rejected (i.e., when Zionism is negated or delegitimized), and when Jews collectively or individually are held accountable for Israel's actions.
            - Extreme rhetoric related to Israel, including the use of terms such as "apartheid" and "genocide," can create environments that embolden antisemitic actions.
            - Jews, the vast majority of whom consider a connection to Israel a part of their Jewish identity, should not be disenfranchised, disparaged, punished, or subject to a "litmus test" related to the actions of Israel.
        3. Refrain from politicizing or trivializing the memory of the Holocaust to comment on societal situations.
        4. Oppose any efforts intended to use antisemitism as a tool for political gain and partisan warfare.
        5. Challenge discriminatory efforts to exclude Jews (whether implicitly or explicitly) from political coalitions or public activities, public accommodations, economic activities, or government-funded services.

Case 1:23-cv-09110-DLC   Document 13-40   Filed 01/17/23   Page 78 of 149



- **Challenge antisemitism in the United States via a whole-of-government strategy.**
    - Federal, state, and local governments should:
        1. Establish executive-led interagency task forces and create whole-of-government strategic plans for combating antisemitism.
        2. Expand agency portfolios and expertise to address antisemitism, particularly within existing civil rights offices.
        3. Eradicate antisemitic tropes from government dynamics, such as security clearance processes (i.e., "dual loyalty" suspicion of Jews with connections to Israel), budgetary, law enforcement, electoral, and other impacts throughout different agencies and departments of government.
        4. Incorporate antisemitism education and training in government, as part of Diversity, Equity, and Inclusion (DEI) efforts and other anti-bias initiatives.

- **Adopt the International Holocaust Remembrance Alliance (IHRA) Working Definition of Antisemitism.**
    - Federal, state, and local governments should adopt and utilize the IHRA Working Definition of Antisemitism as a non-legally binding tool for understanding antisemitism and identifying its modern-day manifestations.



## OPPOSE HATE AND EXTREMISM DRIVEN BY ANTISEMITISM

- **Support hate crime laws and improve hate crime data collection and reporting.**
    - Federal, state, and local governments should:
        1. Expand policies, procedures, response, training, and assistance to improve the policing and prosecution of hate crimes.
        2. Make hate crime reporting mandatory by all law enforcement agencies.
        3. Improve hate crimes data collection efforts facilitated by the internet.
        4. Increase hate crimes training and institute programs to build stronger relationships with impacted communities to improve the investigation and response to such crimes.
        5. Expand hate crime data reporting to include bias incidents from civilian government agencies like state or local Human Rights Commission.

- **Adopt wide-ranging measures to combat all forms of domestic antisemitic violent extremism, most notably the array of policy recommendations outlined in ADL's [PROTECT plan](.).**

3

000703

Case 1:23-cv-09110-DLC   Document 131-40   Filed 01/17/23   Page 74 of 149


 **MAKE INSTITUTIONS SAFE FROM ANTISEMITISM**

- **Protect the physical security of Jewish community institutions.**
  - The U.S. government should enact H.R. 6825, the Nonprofit Security Grant Program Improvement Act, and S. 2123, the Pray Safe Act.
  - State and local governments should:
    1. Invest in programs supporting physical security enhancements and activities to protect community institutions.
    2. Train and educate on community diversity to avoid bias about who Jews are, racial profiling in the name of protecting the community, and to ensure that security measures do not endanger Jews of Color.

- **Safeguard Jewish students in post-secondary institutions.**
  - The Federal government should enact into law Executive Order (EO) 13899 on Combating Anti-Semitism enforcing Title VI of the Civil Rights Act of 1964 against prohibited discrimination rooted in antisemitism.
  - The U.S. Department of Education's Office for Civil Rights (OCR) should:
    1. Promptly complete investigations of Title VI complaints relating to antisemitism and other instances of discrimination in higher education.
    2. Provide technical assistance regarding campus antisemitism through the Outreach, Prevention, Education & Nondiscrimination (OPEN) Center and directly to colleges, universities, Jewish students, and Jewish faculty about civil rights protections afforded to Jewish students under federal civil rights.
  - Federal and state Departments of Education and post-secondary institutions should rigorously enforce existing anti-discrimination policies and ensure that appropriate disciplinary measures are employed against individuals and institutions when appropriate.

 BLOCK ANTISEMITISM ONLINE

- **Adopt whole-of-government measures to combat all forms of online antisemitism, as delineated in ADL's [REPAIR plan](#).**

 ACT AGAINST GLOBAL ANTISEMITISM

- **Strengthen the Office of the U.S. Special Envoy to Monitor and Combat Antisemitism.**
  - Increase staff and program budgets, and civil service full-time employees to add needed capacity and cushion against the absence of leadership during presidential transitions.

- **Amplify intergovernmental cooperation between the U.S. and foreign governments to fight global antisemitism and specific regional manifestations.**
  - The U.S. government should:

4



1. Encourage governments to better address antisemitism, especially in areas where Jewish communities face acute and ongoing threats to their physical security due to antisemitism, such as in Europe and Latin America.
2. Work with global leaders to address the proliferation of antisemitism in state-run media. This is especially prevalent in certain Middle Eastern countries, where Israel is delegitimized, and Jews maligned.
3. Counter efforts to ban or unduly restrict fundamental rites of Judaism and Jewish life such as *shechita* (kosher animal slaughter) and *brit milah* (newborn male circumcision.)
4. Use appropriate intergovernmental fora and international organizations to promote legislative, judicial, and educational actions to fight antisemitism, and to encourage the improvement of data collection on antisemitic hate crimes.
5. Ensure that international organizations like the United Nations address the issue of antisemitism and anti-Israel bias in their bodies and include protecting Jews in their anti-discrimination efforts.

- **Counter state-sponsored antisemitism and related terrorism.**
    - The U.S. government should:
        1. Fight the spread of global terrorism, including all terrorist organizations which include anti-Jewish hate as part of their guiding ideology and the states that sponsor them.
        2. Confront state-sponsored antisemitism, including Iran's worldwide promotion of antisemitic content and its terrorist activities targeting global Jewish communities.
        3. Devise a comprehensive strategy to curtail the damage caused by Iran's state-sponsorship of antisemitic propaganda and networks, including the Islamic Revolutionary Guard Corps (IRGC) and IRGC Qods Force; ensure the IRGC remains on the U.S. government's Foreign Terrorist Organization (FTO) list.
        4. Encourage countries around the world to act against terrorist groups and their support networks driven by antisemitic ideologies, including Hamas, Hezbollah, Islamic Jihad, white supremacists, and others.

- **Mobilize against the Boycott, Divestment, and Sanctions (BDS) campaign and other efforts to demonize, delegitimize and isolate Israel in international fora.**
    - States should enact constitutionally viable anti-BDS legislative proposals that preclude unlawful discrimination.
    - Government officials should publicly repudiate reports and statements by governments and NGOs that demonize Israel and question its legitimacy as a Jewish state and be clear about the reasons for that rejection.



# T  TEACH ABOUT ANTISEMITISM

- **Promote understanding of Jewish people today.**
    - The federal government should:
        1. Strengthen the Office of the U.S. Special Envoy for Holocaust Issues.
        2. Support, elevate and augment global Holocaust education and awareness initiatives, including partners in the Abraham Accords.
    - Federal and state governments should:
        1. Provide incentives to teach about antisemitism using proven programming, such as ADL's Echoes and Reflections and BINAH.
        2. Research the history, causes, and responses to antisemitism through grant-making to research centers, such as ADL's Center on Antisemitism Research.
        3. Educate about the ways antisemitism rends the social fabric, including by fomenting other anti-social phenomena like racism, sexism, xenophobia, and other forms of discrimination, and the corrosive threat antisemitism poses to democracy
    - State governments should institute age-appropriate Holocaust education as part of their curricula and provide the means for school districts to deliver such education.

- **Include antisemitism in anti-bias education and related training.**
    - Federal and state governments should support and fund inclusive school anti-bias education, civics education, and other hate prevention programs that include antisemitism.

000706