# Exhibit FFF



**Jonathan Greenblatt** ✓
@JGreenblattADL

Louis Farrakhan, the notorious antisemite and hater of LGBTQ+ people, is being given a platform and venue in Chicago. Will the city and owners of this venue condemn his hateful words? Shameful.

---

**ADL** **ADL Midwest** @ADLMidwest · Feb 13

Antisemite and anti-LGBTQ Louis Farrakhan is headlining the Nation of Islam's Saviours' Day at a Metro Pier & Exposition Authority-owned arena this month. We, @EqualityILL & @ChicagoJCRC wrote MPEA w/examples of Farrakhan's hate, which are cornerstones of past Saviours' Days.

Show this thread



7:12 PM · Feb 13, 2023 · **31K** Views

**43** Retweets   **15** Quote Tweets   **144** Likes