# Exhibit HHH

000718

# Transcript: Mayor Eric Adams Discusses Coordinated Efforts That Stopped Potential Attack on Jewish Community

November 21, 2022

Video available at: https://youtu.be/ng6lRS_Fnr8

**Deputy Mayor Philip Banks III, Public Safety**: Thank you. Good morning. Thank you for joining us today. My name is Philip Banks III. I'm the deputy mayor for public safety. Thank you for joining us today to hear about the coordinated efforts by law enforcement at the city, state, and federal levels, to prevent attacks on the Jewish community this past weekend.

Teamwork. Something that the mayor has been stressing since day one of this administration. Can you imagine what we can accomplish if we work together as a team? Today, you are seeing an example of that teamwork. Multiple entities coming together in a short period of time to coordinate, communicate, develop, and implement their plan, a plan that saved lives. Teamwork.

I'd like to start by thinking all of those standing behind us today, including representatives from the NYPD, state police, the FBI, the Joint Terrorism Task Force, the MTA, the MTA Police Department, the Manhattan District Attorney's Office, the Office of the Prevention of Hate Crimes, and the

000720

**Question:** Good morning. I wanted to ask, the two suspects, were they known previously to the FBI and NYPD and the second part is that they said that they were using Twitter to spread these messages (inaudible) white supremacist network on Twitter. Can someone speak about the role of Twitter and other social media sites spreading... This has gotten worse over the years or months, in terms of spreading this information, recruiting people, it seems and that sort of stuff.

**Mayor Adams:** Well, we're not going to go into if the individuals were known or not known. As the FBI and the DA office stated, it's still an active investigation and we don't do anything that's going to jeopardize that. But we will respond to the role of social media. We've talked about this often. The social media must become more responsible in the spreading of hate and organizing and allowing their platforms to be used as an organizing tool. We saw what happened in Buffalo. The individual involved was radicalized not by his parents, not by his family. They were radicalized by this new community that is really given life through social media. And it is time for social media to come to the table and reckon with the role that social media unintentionally is playing in the spreading of hate and people are using their platform to organize these hate campaigns.

**Question:** Mr. Mayor, over the last couple of years, New York has consistently led the nation in antisemitic attacks. What exactly is the NYPD and City Hall doing to either update the NYPD safety plan or (inaudible) task force? What are you guys doing to update the (inaudible)?

**Mayor Adams:** Well one, what we're doing is what we did today and that's why we're here, is coordination. And dealing with specifically antisemitism is not just a law enforcement issue. We need to stop the feeders of antisemitism. That is why we've partnered with the ADL and other organizations, the Anti-Defamation League and other organizations to say, "How do we create environments where hate cannot grow in our cities?" We're doing it in the Department of Education, we're doing it in collaborations with some of the organizations that are mentioned here with partnership — Rabbi, the Board of Rabbis, Rabbis Potasnik and others. We know we have to stop the feeder of hate in our cities, in all the different groups in this city. And then we must have a real law enforcement response. The commissioner immediately put new leadership over at the Hate Crime Unit because we wanted to be clear that if there are those who are using hate to target people in the city, we want those cases investigated, we want the people apprehended, and we want to make sure that they're prosecuted to the full extent of the law.

**Question:** It would appear, mayor, that this was a very close call, the Jewish community here in New York. Can you characterize that for us?

**Mayor Adams:** We cannot take these cases lightly. Who would've thought what happened in Buffalo, an individual will take a weapon and walk into a supermarket. These are real threats, and we did not... I want to really take my hat off to the FBI, they did not take any chances here. They immediately notified the agencies in the city and allowed us to kick in gear the communication network that we've already had in place. That included some of the local security patrol, because we know during of Jewish religious observance, it is difficult to get communications out, and so to have the local security patrols able to put a plan in place to immediately notify before synagogues opened, that was a huge undertaking and something we can't miss. But to have a person armed, with have the means, the hate, and the desire to carry out a crime of this magnitude is serious. We averted that step.

**Question:** And if I could follow up also (inaudible) here, can you just give us a little more detail about the arrest and Penn Station, how that went down?

**Lieber:** The bottom line is that we were notified by the Police Department and by City Hall that this was underway, that this intelligence had been identified. And we put out through what they call a BOLO, Be On The Lookout, with a specific description of the suspects, notified based on the intel from the JTTF and the NYPD, notified our staff in Penn Station that they might be using the MTA transit system, especially the Long Island Railroad. And officers were deployed and ultimately acted on the description that had been provided through that BOLO, the Be On The Lookout information that came from NYPD and the JTTF.

**Question:** They had photos of the suspect?

000726