# JJJ-2

# Letitia James
New York State Attorney General

# Attorney General James Warns Against Antisemitism, Islamophobia, and Hate in New York

## AG James Condemns Hateful Acts Against Israelis, Palestinians, Jews, and Muslims

October 12, 2023

NEW YORK – New York Attorney General Letitia James today issued a statement strongly condemning and warning against antisemitism and Islamophobia in New York in the wake of the terror attack in Israel and the war in Gaza. There have been recent reports of increased acts of hate and discrimination in New York.

"Let me be clear: New York has zero tolerance for hate of any kind, not now and not ever. As we mourn the loss of innocent Israeli and Palestinian lives, there is no excuse or tolerance for antisemitism, Islamophobia, or bigotry and discrimination of any kind. No New Yorker should fear walking in our streets because of what they wear, what they believe, or where and how they practice their faith. I encourage anyone who experiences a hate crime or bias incident to report it to my office."

New York's human rights and civil rights laws prohibit violence, intimidation, harassment, and discrimination against any person based on their race, national origin, religion, religious practice, ancestry, race, gender, age, disability, or sexual orientation. Attorney General James urges anyone who witnesses a hate crime or is a victim of a hate crime or bias incident to call 911 and report it online to the Office of the Attorney General (OAG) or by calling OAG at 1-800-771-7755.

For more information on how to report a hate crime, visit OAG's Hate Crimes website.