JJJ-3

*Letitia James*

New York State Attorney General

# About the Office



As head of the Department of Law, the Attorney General is both the People's Lawyer and the state's chief legal officer. The Attorney General serves as the guardian of the legal rights of the people of New York, its organizations, and its natural resources. As the state's chief legal counsel, the Attorney General advises

the executive branch of state government, and defends actions and proceedings on behalf of the state.

Meet Letitia James

The Attorney General serves the public interest of all New Yorkers in matters affecting their daily lives, enforcing laws to protect consumers, tenants, patients, workers, investors, and charitable donors. The office coordinates statewide civil and criminal investigations, promoting economic and social justice, encouraging harm-reducing public health strategies, and preserving the state's environment.

While the Attorney General acts independently of the Governor, the Governor or a state agency may request the Attorney General to undertake specific criminal investigations and prosecutions. The Attorney General's authority also includes the activities and investigations of the Organized Crime Task Force and Medicaid Fraud Control Unit.

The office employs over 1,700 staff, including investigators, analysts, scientists, forensic accountants, legal assistants and support staff, and over 700 assistant attorneys general, serving in over two dozen locations across New York state.

## Department of Law Divisions

Administration   Criminal Justice   Economic Justice   Executive

Regional Offices   Social Justice   Solicitor General   State Counsel

# Administration Division

**The Administration Division consists of:**

- Administrative Services Bureau
- Budget and Fiscal Management Bureau
- Human Resources Management Bureau
- Information Technology Bureau