# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINISTER LOUIS FARRAKHAN and THE NATION OF ISLAM,<br><br>Plaintiffs,<br><br>ANTI-DEFAMATION LEAGUE, JONATHAN GREENBLATT, individually, and in his official capacity as CEO and National Director of the ANTI-DEFAMATION LEAGUE, SIMON WIESENTHAL CENTER, and RABBI ABRAHAM COOPER, individually and in his official capacity as Director of Global Social Action Agenda for the SIMON WIESENTHAL CENTER,<br><br>Defendants. | Case No.: 1:23-cv-09110<br><br>District Judge Denise L. Cote<br>Courtroom 18B<br>Magistrate Judge James L. Cott<br><br>**MOTION FOR ADMISSION**<br>*PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Julie R. Gerchik hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Simon Wiesenthal Center ("Defendant") in the above-captioned matter.

///

I am in good standing of the bars of the States of California and New York, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 29, 2023    Respectfully submitted,

By:   /s/ Julie R. Gerchik
Julie R. Gerchik
GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
JGerchik@GlaserWeil.com
310.282.6206

*Attorneys for Defendant*
*Simon Wiesenthal Center*