**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Minister Louis Farrakhan, et al
                           Plaintiff(s),

v.

Anti-Defamation League, et al
                           Defendant(s).

1:23-cv-09110

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR ADMISSION**
**PRO HAC VICE**

---

I, Julie R. Gerchik, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of California and New York.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 4064523
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:23-cv-09110 for Defendant Simon Wiesenthal Center.

Date 11/30/2023
Los Angeles, CA

Signature of Movant
Firm Name: Glaser Weil Fink Howard Jordan & Shapiro LLP
Address: 10250 Constellation Blvd
19th Floor
Los Angeles, CA 90067
Email: JGerchik@GlaserWeil.com
Phone: 310.282.6206

**NOTARIZED**

- 1 -

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA      )
                         ) SS
COUNTY OF Los Angeles    )

On *Nov. 30, 2023*, before me, Patricia C. Halverson, notary public, personally appeared *Julie Rose Gerchik* who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature *Patricia C. Halverson*      (Seal)

> PATRICIA C. HALVERSON
> Notary Public - California
> Los Angeles County
> Commission # 2443551
> My Comm. Expires Apr 8, 2027

- 1 -



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JULIE ROSE GERCHIK*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify JULIE ROSE GERCHIK #237764 was on the 21st day of September 2005 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on this day of November 22nd, 2023.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Florentino Jimenez, Assistant Deputy Clerk



*Appellate Division of the Supreme Court
of the State of New York
First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Julie Rose Gerchik

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 10, 2002**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on November 22, 2023.

Susanna M. Rojas
Clerk of the Court

CertID-00148099

 **Supreme Court of the State of New York**
**Appellate Division, First Department**

DIANNE T. RENWICK
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

DOUGLAS C. SULLIVAN
DEPUTY CLERK OF THE COURT

To Whom It May Concern

  An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

  An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

  New York State does not register attorneys as active or inactive.

  An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the First Judicial Department](#).

  Bar examination history is available from the [New York State Board of Law Examiners](#).

  Instructions, forms and links are available on [this Court's website](#).

*[signature]*

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE   NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400   INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/