UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINISTER LOUIS FARRAKHAN and THE NATION OF ISLAM,<br><br>Plaintiffs,<br><br>ANTI-DEFAMATION LEAGUE, JONATHAN GREENBLATT, individually, and in his official capacity as CEO and National Director of the ANTI-DEFAMATION LEAGUE, SIMON WIESENTHAL CENTER, and RABBI ABRAHAM COOPER, individually and in his official capacity as Director of Global Social Action Agenda for the SIMON WIESENTHAL CENTER,<br><br>Defendants. | Case No.: 1:23-cv-09110<br><br>District Judge Denise L. Cote<br>Courtroom 18B<br>Magistrate Judge James L. Cott<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*** |

The motion of Julie R. Gerchik for admission to practice *Pro Hac Vice* in the above captioned matter is GRANTED.

Applicant has declared that she is a member in good standing of the Bars of the States of California and New York and that her contact information is as follows:

Julie R. Gerchik
GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Phone: 310.282.6206
Email: JGerchik@GlaserWeil.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Simon Wiesenthal Center ("Defendant") in the above-captioned matter.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
                                                                                        United States District/Magistrate Judge