AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

The Honorable Minister Louis Farrakhan, et al.
                                Plaintiff (s),
V.
Anti-Defamation League, Jonathan Greenblatt, et
                                Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 1:23-cv-09110-DLC

Notice is hereby given that, subject to approval by the court, __DEFENDANT ABRAHAM COOPER__ substitutes
(Party (s) Name)

__Julie R. F. Gerchik__, State Bar No. __4064523__ as counsel of record in
(Name of New Attorney)

place of __John J. McDonough and Robert D. Martin__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Glaser Weil Fink Howard Jordan and Shapiro
Address:        10250 Constellation Boulevard, #19, Los Angeles, California 90067
Telephone:      (310) 553-3000            Facsimile (310) 556-2920
E-Mail (Optional): jgerchik@glaserweil.com

I consent to the above substitution.
Date: 12/4/23
_____
(Signature of Party (s))

I consent to being substituted.
Date: 11/30/2023
_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/5/23
_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]