AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| The Honorable Minister Louis Farrakhan, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-CV-09110-DLC |
| Anti-Defamation League, Jonathan Greenblatt, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Simon Wiesenthal Center and Rabbi Abraham Cooper.

Date: 12/06/2023

/s/ Patricia L. Glaser
*Attorney's signature*

Patricia L. Glaser
*Printed name and bar number*

Glaser Weil Fink Howard Jordan & Shapiro LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
*Address*

pglaser@glaserweil.com
*E-mail address*

(310) 553-3000
*Telephone number*

(310) 843-2626
*FAX number*