UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
MINTER LOUIS FARRAKHAN and             :
THE NATION OF ISLAM,                   :     1:23-CV-09110-DLC
                                       :
                    Plaintiffs,        :
                                       :
        - against -                    :
                                       :
ANTI-DEFAMATION LEAGUE, JONATHAN       :
GREENBLATT, individually, and in his official :
capacity as CEO and National Director of the  :
ANTI-DEFAMATION LEAGUE, SIMON          :
WIESENTHAL CENTER, and RABBI           :
ABRAHAM COOPER, individually and in his :
official capacity as Director of Global Social :
Action Agenda for the SIMON WIESENTHAL :
CENTER,                                :
                                       :
                    Defendants.        :
---------------------------------------------------------------------- x

**NOTICE OF MOTION TO DISMISS COMPLAINT
PURSUANT TO FED. Rs. CIV. P. 12(b)(1) and (6)**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the accompanying Declaration of Nathan Siegel, and the exhibits annexed thereto, and all other pleadings and proceedings, Defendants Anti-Defamation League and Jonathan Greenblatt, by and through their undersigned counsel, will move this Court before the Honorable Denise L. Cote, on a date and time to be set by the Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY, for an order dismissing with prejudice the Amended Complaint as to ADL and Greenblatt, pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6).

Dated: New York, New York
December 12, 2023

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Nathan Siegel*
Nathan Siegel

Nathan Siegel
1301 K Street NW
Suite 500 East
Washington, D.C. 20005
Tel. 202-973-4200
nathansiegel@dwt.com

Adam I. Rich
1251 Avenue of the Americas
21st Floor
New York, NY 10020
Tel. 212-489-8230
adamrich@dwt.com

*Attorneys for Defendants Anti-Defamation League and Jonathan Greenblatt*