IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINISTER LOUIS FARRAKHAN and THE NATION OF ISLAM,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ANTI-DEFAMATION LEAGUE, JONATHAN GREENBLATT, individually, and in his official capacity as CEO and National Director of the ANTI-DEFAMATION LEAGUE, SIMON WIESENTHAL CENTER, and RABBI ABRAHAM COOPER, individually and in his official capacity as Director of Global Social Action Agenda for the SIMON WIESENTHAL CENTER,<br><br>    Defendants. | Index No. 1:23-cv-09110 |

**DEFENDANTS SIMON WIESENTHAL CENTER AND RABBI ABRAHAM COOPER'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS 8-10 IN PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the supporting Declaration of Julie R. Gerchik, dated December 12, 2023, with exhibits thereto, Defendants Simon Wiesenthal Center and Rabbi Abraham Cooper, individually and in his official capacity as Director of Global Social Action Agenda for the Simon Wiesenthal Center ("Defendants"), will and hereby do move the Court for an order dismissing Counts 8-10 in Plaintiffs' Minister Louis Farrakhan and The Nation Of Islam ("Plaintiffs") First Amended Complaint for Violation of Constitutionally Protected Rights, Defamation, and Declaratory Relief filed on November 2, 2023 pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated:  December 12, 2023              Respectfully submitted,


By: */S/ Julie R. Gerchik*
Patricia L. Glaser (admitted *pro hac vice*)
Julie R. Gerchik (admitted *pro hac vice*)
GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Email:  pglaser@glaserweil.com
Email: jgerchik@glaserweil.com
Email: esu@glaserweil.com
Telephone 310.282.6206 (J. Gerchik)

*Attorneys for Defendants*
*Simon Wiesenthal Center and*
*Rabbi Abraham Cooper*