# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

  I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, 19th Floor, Los Angeles, California 90067.

  On December 12, 2023, I served the foregoing document(s) described as DEFENDANTS SIMON WIESENTHAL CENTER AND RABBI ABRAHAM COOPER'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS 8-10 IN PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6); MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF on the interested parties to this action by delivering thereof in a sealed envelope addressed to each of said interested parties at the following address(es):
SEE ATTACHED LIST

☒  **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☒  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the above is true and correct.
 Executed on December 12, 2023 at Los Angeles, California.

                */S/ Marisol Valdez*
                Marisol Valdez

## SERVICE LIST

| | |
|---|---|
| Abdul Arif Muhammad, Esq.<br>Pennsylvania Bar #47898<br>7351 South Stony Island Avenue<br>Chicago, Illinois 60649<br>(215) 313-0738) (Phone)<br>abdularifmuhammad@gmail.com | Attorneys For Minister Louis<br>Farrakhan and The Nation Of Islam |
| Michael K. Muhammad, Esq.<br>Texas Bar #00787157<br>1700 Pacific Avenue, Suite 3740<br>Dallas, Texas 75201<br>(214) 432-6285 (Phone)<br>Michael@muhammadlawfirm.com | Attorneys For Minister Louis<br>Farrakhan and The Nation Of Islam |
| Sa'ad Alim Muhammad, Esq<br>Illinois Bar #6244757<br>1525 E. 53rd Street, Suite 447<br>Chicago, Illinois 60615<br>(312) 263-5989 (Phone)<br>SAM@PowerandDixon.com | Attorneys For Minister Louis<br>Farrakhan and The Nation Of Islam |