```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
LOUIS FARRAKHAN et al.,                   :
                                          :
                         Plaintiffs,      :       23cv9110 (DLC)
             -v-                          :
                                          :            ORDER
ANTI-DEFAMATION LEAGUE, et al.,           :
                                          :
                         Defendants.      :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On December 12, 2023, defendants filed motions to dismiss the amended complaint pursuant to Rule 12(b)(1) and (6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. It is hereby

ORDERED that plaintiff shall file any amended complaint by January 5, 2024. It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion by January 5, 2024. Defendant's reply, if any, shall be filed by January 19, 2024. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

2

IT IS FURTHER ORDERED that the Initial Pretrial Conference scheduled for January 4, 2024 is adjourned <u>sine</u> <u>die</u>.

Dated:    New York, New York
          December 12, 2023

                                        /s/ Denise Cote
                                        DENISE COTE
                                United States District Judge