```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
LOUIS FARRAKHAN et al.,                   :
                                          :
                        Plaintiffs,       :    23cv9110 (DLC)
             -v-                          :
                                          :    ORDER
ANTI-DEFAMATION LEAGUE, et al.,           :
                                          :
                        Defendants.       :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On December 12, 2023, defendants filed motions to dismiss the amended complaint in this action pursuant to Rule 12(b)(1) and (6), Fed. R. Civ. P. An Order of December 12 directed the plaintiff to file any amended complaint by January 5, 2024 and alerted the plaintiffs that they would likely not have another opportunity to amend. The plaintiffs filed an amended complaint on January 5. Accordingly, it is hereby

ORDERED that the defendants' December 12, 2023 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by January 19, 2024
- Opposition served by February 2, 2024
- Reply served by February 9, 2024

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500

Pearl Street, New York, New York.

Dated:    New York, New York
          January 8, 2024

                                   _____
                                         DENISE COTE
                                   United States District Judge