**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
FARRAKHAN et al.,

                Plaintiffs,

   -against-                                   23 **CIVIL** 9110 (DLC)

**JUDGMENT**

ANTI-DEFAMATION LEAGUE, et al.,

                Defendants.
------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 5, 2024, the motions to dismiss filed on January 19, 2024 are granted. The SAC is dismissed in its entirety.

**Dated:** New York, New York

    April 5, 2024

                                                  **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                 **BY:**                  *K. Mango*

                                                      **Deputy Clerk**